# EXHIBIT J

*AMERICAN LAND TITLE ASSOCIATION COMMITMENT — 1966*

# CHICAGO TITLE INSURANCE COMPANY

### COMMITMENT FOR TITLE INSURANCE

CHICAGO TITLE INSURANCE COMPANY, a corporation of Missouri, herein called the Company, for a valuable consideration, hereby commits to issue its policy or policies of title insurance, as identified in Schedule A, in favor of the proposed Insured named in Schedule A, as owner or mortgagee of the estate or interest covered hereby in the land described or referred to in Schedule A, upon payment of the premiums and charges therefor; all subject to the provisions of Schedules A and B and to the Conditions and Stipulations hereof.

This Commitment shall be effective only when the identity of the proposed Insured and the amount of the policy or policies committed for have been inserted in Schedule A hereof by the Company, either at the time of the issuance of this Commitment or by subsequent endorsement.

This Commitment is preliminary to the issuance of such policy or policies of title insurance and all liability and obligations hereunder shall cease and terminate six months after the effective date hereof or when the policy or policies committed for shall issue, whichever first occurs, provided that the failure to issue such policy or policies is not the fault of the Company.

IN WITNESS WHEREOF, Chicago Title Insurance Company has caused this Commitment to be signed and sealed as of the effective date of Commitment shown in Schedule A, the Commitment to become valid when countersigned by an authorized signatory.

CHICAGO TITLE INSURANCE COMPANY

By: _____
President

By: _____
Secretary

Issued by:
CHELSEA LAND TRANSFER, INC.
THE HILL BUILDING
717 BETHLEHEM PIKE
ERDENHEIM, PA 19038
(215) 836-1300

_____
Authorized Signatory

Copyright 1966 American Land Title Association

**CHELSEA LAND TRANSFER, INC.**
717 Bethlehem Pike  Suite 210
Erdenheim, PA. 19038
Tel:215-836-1300 Fax:215-836-7113

### PRIVACY POLICY

**We Are Committed to Safeguarding Customer Information**
In order to better serve your needs now and in the future, we may ask you to provide us with certain information. We understand that you may be concerned about what we will do with such information – particularly any personal or financial information. We agree that you have a right to know how we will utilize the personal information you provide to us.  Therefore, we have adopted this Privacy Policy to govern the use and handling of your personal information.

**Applicability**
This Privacy Policy governs our use of the information which you provide to us.  It does not govern the manner in which we may use information we have obtained from any other source, such as information obtained from a public record or from another person or entity.

**Types of Information**
Depending upon which of our services you are utilizing, the types of nonpublic personal information that we may collect include:

- Information we receive from you on applications, forms and in other communications to us, whether in writing, in person, by telephone or any other means;
- Information about your transactions with us, our affiliated companies, or others; and
- Information we receive from a consumer reporting agency.

**Use of Information**
We request information from you for our own legitimate business purposes and not for the benefit of any nonaffiliated party.  Therefore, we will not release your information to nonaffiliated parties except: (1) as necessary for us to provide the product or service you have request of us; or (2) as permitted by law. We may, however, store such information indefinitely, including the period after which any customer relationship has ceased.  Such information may be used for any internal purpose, such as quality control efforts or customer analysis. We may also provide all of the types of nonpublic personal information listed above to one or more of our affiliated companies. Such affiliated companies include financial service providers, such as title insurers, property and casualty insurers, and trust and investments advisory companies, or companies involved in real estate services, such as appraisal companies, home warranty companies, and escrow companies.  Furthermore, we may also provide all the information we collect, as described above, to companies that perform marketing services on our behalf, on behalf of our affiliated companies, or to other financial institutions with whom we or our affiliated companies have joint marketing agreements.

**Former Customers**
Even if you are no longer our customer, our Privacy Policy will continue to apply to you.

**Confidentiality and Security**
We will use our best efforts to ensure that no unauthorized parties have access to any of your information.  We restrict access to nonpublic person information about you to those individuals and entities who need to know that information to provide products or services to you.  We will use our best efforts to train and oversee our employees and agents to ensure that your information will be handled responsibly and in accordance with the Privacy Policy. We currently maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

Chelsea  0044

| COMMITMENT |
| --- |

## CHICAGO TITLE INSURANCE COMPANY

### SCHEDULE A

Number: 01-10190

Effective Date: December 30, 2001

1.    Policy (or policies) to be issued:

OWNER'S:
Proposed Insured:

$  ~~60,000.00~~

**EDWARD J. COHEN and PEARL E. COHEN, H/W**

LOAN:
Proposed Insured:

$  ~~58,500.00~~

**NOVASTAR MORTGAGE INC, ITS SUCCESSORS AND/OR
ASSIGNS AS THEIR INTERESTS MAY APPEAR**

2.    The estate or interest in the land described or referred to in this Commitment and covered herein is fee simple, and title thereto is at the effective date hereof vested in:

**EDWARD J. COHEN and PEARL E. COHEN, H/W**

3.    The land referred to in the Commitment is described in Schedule C.

### SCHEDULE B - SECTION 1

The following are the requirements to be complied with:

1.    Instrument(s) creating the estate or interest must be approved, executed and filed for record, to wit:

A MORTGAGE FROM EDWARD J. COHEN AND PEARL E. COHEN, H/W IN FAVOR OF NOVASTAR MORTGAGE INC, TO BE RECORDED AT THE TIME OF THE CLOSING.

2.    Payment of the full consideration to, or for the account of, the grantors or mortgagors.

3.    Payment of all taxes, charges, assessments, levied and assessed against subject premises, which are due and payable.

SCHEDULE A/B – Section 1
ALTA Commitment

Chelsea  0045

## COMMITMENT

### CHICAGO TITLE INSURANCE COMPANY

SCHEDULE B - SECTION 1
(Continued)

Number: 01-10190

4.      Satisfactory evidence should be had that improvements and/or repairs or alterations thereto are completed: that contractors, subcontractors, labor and materialmen are paid.

5.      The following items are to be satisfied and/or released of record:

ADDITIONAL PROOFS:

6.      Proof there are no support arrearages due in this, or any other, jurisdiction.

ADDITIONAL REQUIREMENTS:

1.      **MECHANICS &**
        **MUNICIPAL LIENS:**
        ❖  #990430964; 05/11/99; $2,499.72; Gas Lien

2.      MORTGAGE FROM: Edward J. Cohen and Pearl E. Cohen, h/w
        TO: Dept. of HUD
        DATED: 09/09/69
        RECORDED: 09/10/69
        VOLUME: JRS 295          PAGE: 50
        AMOUNT: $8,900.00

        MORTGAGE FROM: Edward J. Cohen and Pearl E. Cohen, h/w
        TO: Classic Ext. by Alan Cherry, Inc.
        DATED: 11/01/97
        RECORDED: 11/14/97
        VOLUME: JTD 859          PAGE: 18
        AMOUNT: $18,858.00

        MORTGAGE FROM: Edward J. Cohen and Pearl E. Cohen, h/w
        TO: Capstone Mortgage Corp.
        DATED: 03/05/99
        RECORDED: 03/19/99
        VOLUME: JTD 1868         PAGE: 41

SCHEDULE B – Section 1
ALTA Commitment

| COMMITMENT |
|---|

### CHICAGO TITLE INSURANCE COMPANY

**SCHEDULE B - SECTION 1**
(Continued)

Number: 01-10190

**AMOUNT:** $44,175.00

**ASSIGNED:** to First National Bank of Chi on 12/14/99 in MB 50004655.

3.  **JUDGMENTS &**
    **FEDERAL LIENS:**    **16 See Search**

4.  **FINANCING**
    **STATEMENTS:** None

5.  **BANKRUPTCIES:**    None

6.  **TAXES:**

    Taxes are due for the years 2001-2002 in the amount of $771.70 plus penalty.

    Receipts for current year and prior three years taxes to be produced and filed with the company.

    **Assessment:** $8,640.00

    Annual Tax Amount: $714.01

    BRT Tax# 59-3-094000

    **Parcel:** 51N8 148 Philadelphia

    (ALL TAXES WILL BE UPDATED AT SETTLEMENT. TAX AMOUNTS ARE SUBJECT TO CHANGE DUE TO PENALTIES AND INTEREST).

7.  **WATER/SEWER:** 2001 11th cycle $3.00 plus penalty

    **LAST READING 11/05/01**

    POSSIBLE EXCESS WATER AND SEWER RENTS DUE FROM 11/05/01

    THE DATE OF THE LAST READING. BILLINGS SINCE THAT TIME HAVE BEEN ISSUED ON ESTIMATED USAGE.

8.  Proof that there are no overdue support obligations of record with the Domestic Relations Section of the parties to this transaction , up through the date of recording of the instruments to be insured.

SCHEDULE B – Section 1
ALTA Commitment

Chelsea 0047

| COMMITMENT |
|---|

## CHICAGO TITLE INSURANCE COMPANY

**SCHEDULE B - SECTION 1**
(Continued)

Number: 01-10190

9.  Receipted gas bills for the years 1999 through 2001 are to be produced and ifled with this company. Yr. 2002 current gas receipts are to be produced and filed with this company.

10. Proof that Special District Assessments, if any, are paid in full.

SCHEDULE B – Section 1
ALTA Commitment

Chelsea 0048

## C O M M I T M E N T

### CHICAGO TITLE INSURANCE COMPANY

#### SCHEDULE B - SECTION 2

Number: 01-10190

Schedule B of the Policy or Policies to be issued will contain certain exceptions to the matters noted hereafter unless the same are disposed of to the satisfaction of the Company.

1.  Defects, liens, encumbrances, adverse claims or other matters, if any created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed insured acquires for value of record the estate or interest or mortgage thereon covered by this Commitment.

2.  Rights of claims of parties in possession not shown by the public records.

3.  Encroachments, overlaps, boundary line disputes, and any other matters which would be disclosed by an accurate survey and inspection of the premises.

4.  Easements, or claims of easements, not shown by the public records.

5.  Any lien, or right to a lien, for services, labor or material heretofore or hereafter furnished, imposed by law and not shown by the public records.

6.  Taxes or special assessments which are not shown as existing liens by the public records.

7.  The Owner's Policy issued pursuant hereto will contain under Schedule B the mortgage, if any noted under Item 1 of Schedule B - Section 1.

```
Report Range                        Abstract Realty Services, Inc.        Run Date & Time         PAGE      1
From:01/01/1901                        Judgment Indexing System              12/20/2001
To:12/20/2001                       MUNICIPAL COURT, COMMON PLEAS COURT       14:05:18
```

| Defendant Name, Social Security, and Address | | Amount | Date | Type | Case No | Plaintiff Name and Address |
|---|---|---|---|---|---|---|
| COHEN, EDWARD | 514 COLLEGE AVE<br>HAVERTOWN PA 19041 | 307.50 | 19960209 | CE | 95-12-33-55460 | CITY OF PHILA, BUR A 913 FILBERT ST<br>PHILA. PA 19107 |
| COHEN, EDWARD | 533 LANCASTER AVE<br>WYNNEWOOD PA 19096000 | 613.50 | 19980506 | CE | 98-03-33-54010 | CITY OF PHILA, BUR A 913 FILBERT ST<br>PHILA. PA 19107000 |
| COHEN, EDWARD | 130 W POMONA ST | 5048.50 | 19990921 | CE | 99-08-73-00780 | CITY OF PHILA, REVEN 1101 MARKET ST 10 FL |
| COHEN, EDWARD | | 130313.02 | 19940329 | JDMSF | 94-03-03785 | SECURITY SAVINGS BAN 870 LANDIS AVENUE<br>P.O. BOX 709 SOUTH<br>VINELAND NJ08360 |
| COHEN, EDWARD | 4082 LANCASTER AVE. | 3000.00 | 19960217 | ZDREV | 86-11-01602 | CITY OF PHILADELPHIA 1101 MARKET STREET |
| COHEN, EDWARD | 4082 LANCASTER AVE. | 18255.00 | 19960217 | ZDREV | 86-11-01602 | CITY OF PHILADELPHIA 1101 MARKET STREET |
| COHEN, EDWARD | 541 COLLEGE AVENUE | 0.00 | 19960219 | ZDREV | 87-07-01943 | CITY OF PHILADELPHIA 1101 MARKET STREET |
| COHEN, EDWARD | 4082 LANCASTER AVE | 1800.00 | 19960217 | ZDREV | 89-04-03825 | CITY OF PHILADELPHIA 1101 MARKET STREET |
| COHEN, EDWARD | 4082 LANCASTER AVE | 6401.83 | 19960217 | ZDREV | 89-04-03825 | CITY OF PHILADELPHIA 1101 MARKET STREET |
| COHEN, EDWARD | | 130313.02 | 19940329 | JDMSF | 94-03-03785 | SECURITY SAVINGS BAN 870 LANDIS AVENUE<br>P.O. BOX 709 SOUTH<br>VINELAND NJ08360 |
| COHEN, EDWARD  L | 514 COLLEGE AVENUE | 24976.91 | 19990302 | JDDFF | 98-07-00801 | FIRST UNION NATIONAL BROAD AND WALNUT STS. |
| COHEN, EDWARD | 4082 LANCASTER AVE. | 3000.00 | 19960217 | ZDREV | 86-11-01602 | CITY OF PHILADELPHIA 1101 MARKET STREET |
| COHEN, EDWARD | 4082 LANCASTER AVE. | 18255.00 | 19960217 | ZDREV | 86-11-01602 | CITY OF PHILADELPHIA 1101 MARKET STREET |
| COHEN, EDWARD | 541 COLLEGE AVENUE | 0.00 | 19960219 | ZDREV | 87-07-01943 | CITY OF PHILADELPHIA 1101 MARKET STREET |
| COHEN, EDWARD | 4082 LANCASTER AVE | 1800.00 | 19960217 | ZDREV | 89-04-03825 | CITY OF PHILADELPHIA 1101 MARKET STREET |
| COHEN, EDWARD | 4082 LANCASTER AVE | 6401.83 | 19960217 | ZDREV | 89-04-03825 | CITY OF PHILADELPHIA 1101 MARKET STREET |

---

### COMMITMENT

---

### CHICAGO TITLE INSURANCE COMPANY

#### SCHEDULE C

Number: 01-10190

The land referred to in this Commitment is described as follows:

ALL THAT CERTAIN lot or piece of ground with the two story brick messuage or tenement thereon erected SITUATE on the Southeasterly side of Pomona Street at the distance of 242 feet 6½ inches Southwestwardly from the Southwesterly side of Jefferson Street in the 59th Ward (formerly the 22nd Ward) of the City of Philadelphia.

CONTAINING in front or breadth on the said Pomona Street 15 feet and extending of that width in length or depth Southeastwardly between parallel lines at right angles to said Pomona Street 78 feet to a certain 4 feet wide alley which leads Northeastwardly and Southwestwardly and communicates at each end thereof with another 4 feet wide alley which leads Northwestwardly into said Pomona Street.

TOGETHER with the free and common use, right, liberty and privilege of the said alleys as and for passageways and watercourses at all times hereafter, forever.

BEING PREMISES NO. 130 W. Pomona St.

BEING the same premises which John Battiste and Florence H. Battiste, H/W by Deed Dated 09/09/69 and Recorded 09/10/69 in the County of Philadelphia, in Deed Book JRS 506, page 448, granted and conveyed unto Edward J. Cohen & Pearl E. Cohen, in fee.

SCHEDULE C
ALTA Commitment

Chelsea  0051

LOAN

## CHICAGO TITLE INSURANCE COMPANY

### SCHEDULE A

| Office File Number | Policy Number | Date of Policy | Amount of Insurance |
|---|---|---|---|
| 01-10190 | 491065 | MARCH 5, 2002 | $ 57,600.00 |

1. Name of Insured:

   NOVASTAR MORTGAGE, INC., A VIRGINIA CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS AS THEIR INTERESTS MAY APPEAR

2. The estate or interest in the land which is encumbered by the insured mortgage is:

   FEE SIMPLE

3. Title to the estate or interest in the land is vested in:

   EDWARD J. COHEN AND PEARL E. COHEN, HUSBAND AND WIFE, BY DEED DATED SEPTEMBER 9, 1969 AND RECORDED SEPTEMBER 10, 1969, IN PHILADELPHIA COUNTY, IN DEED BOOK JRS 506 PAGE 448.

4. The insured mortgage and assignments thereof, if any, are described as follows:

   A MORTGAGE FROM EDWARD J. COHEN AND PEARL E. COHEN, HUSBAND AND WIFE IN FAVOR OF NOVASTAR MORTGAGE, INC., A VIRGINIA CORPOR, IN THE FACE AMOUNT OF $57,600.00, DATED FEBRUARY 4, 2002, AND RECORDED MARCH 5, 2002, IN PHILADELPHIA COUNTY, AS INSTRUMENT NO. 50415620.

5. The land referred to in this policy is described as follows:

   ALL THAT CERTAIN lot or piece of ground with the two story brick messuage or tenement thereon erected SITUATE on the Southeasterly side of Pomona Street at the distance of 242 feet 6½ inches Southwestwardly from the Southwesterly side of Jefferson Street in the 59th Ward (formerly the 22nd Ward) of the City of Philadelphia.

   CONTAINING in front or breadth on the said Pomona Street 15 feet and extending of that width in length or depth Southeastwardly between parallel lines at right angles to said Pomona Street 78 feet to a certain 4 feet wide alley which leads Northeastwardly and Southwestwardly and communicates at each end thereof with another 4 feet wide alley which leads Northwestwardly into said Pomona Street.

   TOGETHER with the free and common use, right, liberty and privilege of the said alleys as and for passageways and watercourses at all times hereafter, forever.

   BEING PREMISES NO. 130 W. Pomona St.

SCHEDULE A
Loan Form

This policy valid only if Schedule B is attached.

Chelsea 0052

**LOAN**

## CHICAGO TITLE INSURANCE COMPANY

### SCHEDULE B

Policy Number: 491065

#### EXCEPTIONS FROM COVERAGE

This policy does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) which arise by reason of:

1. Encroachments, overlaps, boundary line disputes, and any other matters which would be disclosed by an accurate survey and inspection of the premises.
2. Easements, or claims of easements, not shown by public records.

Countersigned:

**CHELSEA LAND TRANSFER, INC.**

By _____
      Authorized Signatory

**SCHEDULE B (EXTENDED COVERAGE)**
Loan Form

Chelsea  0053

# EXHIBIT K

**2000 PENNSYLVANIA TITLE INSURANCE STATISTICAL REPORT**
**Chicago Title Insurance Company**
**POLICY REPORT**
**ALL SYSTEMS COMBINED**

| | | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|---|
| | | | | OWNERS AND LEASEHOLD POLICIES | | | | |
| Liability Range | | Basic Rate Sec. 5.1, 5.2 | Reissue Rate Sec. 5.3 | Simultaneous Issue (no charge) Sec. 5.6, 5.10 | Leasehold Simultaneous Issue (30% of Applicable) Sec. 5.2 | Subdivision/ Condominium Rate Sec. 5.4 | Community Reinvestment Act Rate Sec. 5.12 | Approved Attorney Rate Sec. 5.18 |

CHI0089

2000 PENNSYLVANIA TITLE INSURANCE STATISTICAL REPORT
Chicago Title Insurance Company
POLICY REPORT

ALL SYSTEMS COMBINED

| Liability Range | | | (8) Basic Rate Sec. 5.5 | (9) Reissue Rate Sec. 5.3 | (10) Simultaneous Issue (no charge) Sec. 5.6.0 | MORTGAGE POLICIES (11) Refinance or Substitution Loan Rate Sec. 5.6 | (12) Construction Loan Take-out Rate Sec. 5.7 | (13) Community Reinvestment Act Rate Sec. 5.12 | (14) ALTA Short Form Residential Loan Policy Rate Sec. 5.15 | (15) Approved Attorney Rate Sec. 5.18 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 to 30,000 | Number | (1) | | | | | | 0 | 0 | |
| | Fees | (2) | | | | | | 0 | 0 | |
| | $ of Liability | (3) | | | | | | 0 | 0 | |
| 30,001 to 45,000 | Number | (4) | | | | | | 0 | 0 | |
| | Fees | (5) | | | | | | 0 | 0 | |
| | $ of Liability | (6) | | | | | | 0 | 0 | |
| 45,001 to 100,000 | Number | (7) | | | | | | 0 | 0 | |
| | Fees | (8) | | | | | | 0 | 0 | |
| | $ of Liability | (9) | | | | | | 0 | 0 | |
| 100,001 to 150,000 | Number | (10) | | | | | | 0 | 0 | |
| | Fees | (11) | | | | | | 0 | 0 | |
| | $ of Liability | (12) | | | | | | 0 | 0 | |
| 150,001 to 200,000 | Number | (13) | | | | | | 0 | 0 | |
| | Fees | (14) | | | | | | 0 | 0 | |
| | $ of Liability | (15) | | | | | | 0 | 0 | |
| 200,001 to 300,000 | Number | (16) | | | | | | 0 | 0 | |
| | Fees | (17) | | | | | | 0 | 0 | |
| | $ of Liability | (18) | | | | | | 0 | 0 | |
| 300,001 to 400,000 | Number | (19) | | | | | | 0 | 0 | |
| | Fees | (20) | | | | | | 0 | 0 | |
| | $ of Liability | (21) | | | | | | 0 | 0 | |
| 400,001 to 500,000 | Number | (22) | | | | | | 0 | 0 | |
| | Fees | (23) | | | | | | 0 | 0 | |
| | $ of Liability | (24) | | | | | | 0 | 0 | |
| 500,001 to 1,000,000 | Number | (25) | | | | | | 0 | 0 | |
| | Fees | (26) | | | | | | 0 | 0 | |
| | $ of Liability | (27) | | | | | | 0 | 0 | |
| 1,000,001 to 2,000,000 | Number | (28) | | | | | | 0 | 0 | |
| | Fees | (29) | | | | | | 0 | 0 | |
| | $ of Liability | (30) | | | | | | 0 | 0 | |
| 2,000,001 to 5,000,000 | Number | (31) | | | | | | 0 | 0 | |
| | Fees | (32) | | | | | | 0 | 0 | |
| | $ of Liability | (33) | | | | | | 0 | 0 | |
| 5,000,001 to 7,000,000 | Number | (34) | | | | | | 0 | 0 | |
| | Fees | (35) | | | | | | 0 | 0 | |
| | $ of Liability | (36) | | | | | | 0 | 0 | |
| 7,000,001 to 10,000,000 | Number | (37) | | | | | | 0 | 0 | |
| | Fees | (38) | | | | | | 0 | 0 | |
| | $ of Liability | (39) | | | | | | 0 | 0 | |
| 10,000,001 to 15,000,000 | Number | (40) | | | | | | 0 | 0 | |
| | Fees | (41) | | | | | | 0 | 0 | |
| | $ of Liability | (42) | | | | | | 0 | 0 | |
| 15,000,001 to 20,000,000 | Number | (43) | | | | | | 0 | 0 | |
| | Fees | (44) | | | | | | 0 | 0 | |
| | $ of Liability | (45) | | | | | | 0 | 0 | |
| 20,000,001 to 25,000,000 | Number | (46) | | | | | | 0 | 0 | |
| | Fees | (47) | | | | | | 0 | 0 | |
| | $ of Liability | (48) | | | | | | 0 | 0 | |
| 25,000,001 to 50,000,000 | Number | (49) | | | | | | 0 | 0 | |
| | Fees | (50) | | | | | | 0 | 0 | |
| | $ of Liability | (51) | | | | | | 0 | 0 | |
| 50,000,001 to 75,000,000 | Number | (52) | | | | | | 0 | 0 | |
| | Fees | (53) | | | | | | 0 | 0 | |
| | $ of Liability | (54) | | | | | | 0 | 0 | |
| 75,000,001 to 100,000,000 | Number | (55) | | | | | | 0 | 0 | |
| | Fees | (56) | | | | | | 0 | 0 | |
| | $ of Liability | (57) | | | | | | 0 | 0 | |
| 100,000,001 and above | Number | (58) | | | | | | 0 | 0 | |
| | Fees | (59) | | | | | | 0 | 0 | |
| | $ of Liability | (60) | | | | | | 0 | 0 | |
| ALL POLICIES | Number | | | | | | | 0 | 0 | |
| | Fees | | | | | | | 0 | 0 | |
| | $ of Liability | | | | | | | 0 | 0 | |

Page 10

CH10090

# EXHIBIT L

2001 PENNSYLVANIA TITLE INSURANCE STATISTICAL REPORT
POLICY REPORT
ALL SYSTEMS COMBINED

Chicago Title Insurance Company

| Liability Range | | | (1) Basic Rate Sec. 5.1, 5.2 | (2) Reissue Rate Sec. 5.3 | (3) Simultaneous Issue (no charge) Sec. 5.5, 5.6 | (4) Simultaneous Issue (30% of Application) Sec. 5.2 | (5) Subdivision/ Condominium Rate Sec. 6.4 | (6) Community Reinvestment Act Rate Sec. 6.12 | (7) Approved Attorney Rate Sec. 5.18 |
|---|---|---|---|---|---|---|---|---|---|
| 0 to 30,000 | (1) | Number | 92 | 4 | 4 | 0 | 0 | 0 | 58 |
| | (2) | $ of Liability | 1,720,903 | 79,526 | 67,762 | 0 | 0 | 0 | 630,688 |
| | (3) | Fees | 15,928,511 | 337,519 | 534 | 0 | 0 | 0 | 31,224 |
| 30,001 to 45,000 | (4) | Number | 853 | 83 | 11 | 0 | 0 | 0 | 53 |
| | (5) | $ of Liability | 34,208,540 | 3,091,099 | 87,762 | 0 | 0 | 0 | 2,176,132 |
| | (6) | Fees | 320,556 | 3,363 | 856 | 0 | 0 | 0 | 7,817 |
| 45,001 to 100,000 | (7) | Number | 2,747 | 835 | 11 | 0 | 0 | 0 | 142 |
| | (8) | $ of Liability | 177,496,605 | 45,390,940 | 748,260 | 0 | 0 | 0 | 10,847,416 |
| | (9) | Fees | 1,663,006 | 456,155 | 1,441 | 0 | 0 | 0 | 86,107 |
| 100,001 to 200,000 | (10) | Number | 2,747 | 1,040 | 8 | 0 | 0 | 0 | 94 |
| | (11) | $ of Liability | 400,852,000 | 189,995,994 | 1,274,872 | 0 | 0 | 0 | 14,426,506 |
| | (12) | Fees | 2,750,010 | 1,408,941 | 0 | 0 | 0 | 0 | 45,666 |
| 200,001 to 300,000 | (13) | Number | 681 | 291 | 1 | 0 | 0 | 0 | 23 |
| | (14) | $ of Liability | 174,371,644 | 146,611,039 | 899,092 | 0 | 0 | 0 | 5,661,300 |
| | (15) | Fees | 1,037,866 | 653,145 | 2 | 0 | 0 | 0 | 19,651 |
| 300,001 to 400,000 | (16) | Number | 231 | 102 | 0 | 0 | 0 | 0 | 7 |
| | (17) | $ of Liability | 86,751,725 | 72,531,024 | 0 | 0 | 0 | 0 | 7,603,214 |
| | (18) | Fees | 409,157 | 43,083 | 0 | 0 | 0 | 0 | 23,524 |
| 400,001 to 500,000 | (19) | Number | 86 | 71 | 0 | 0 | 0 | 0 | 20 |
| | (20) | $ of Liability | 39,282,775 | 32,967,615 | 1,772,133 | 0 | 0 | 0 | 4,223,723 |
| | (21) | Fees | 162,060 | 162,091 | 4 | 0 | 0 | 0 | 12,351 |
| 500,001 to 1,000,000 | (22) | Number | 1,166 | 286 | 4 | 0 | 0 | 0 | 23 |
| | (23) | $ of Liability | 79,171,566 | 37,461,556 | 4,176,500 | 0 | 0 | 0 | 4,153,276 |
| | (24) | Fees | 366,565 | 192,451 | 0 | 0 | 0 | 0 | 11,800 |
| 1,000,001 to 2,000,000 | (25) | Number | 103 | 498 | 4 | 0 | 0 | 0 | 11 |
| | (26) | $ of Liability | 70,471,373 | 286,160 | 5,880,221 | 0 | 0 | 0 | 7,300,000 |
| | (27) | Fees | 286,169 | 157,061 | 0 | 0 | 0 | 0 | 18,467 |
| 2,000,001 to 5,000,000 | (28) | Number | 8 | 32 | 4 | 0 | 0 | 0 | 2 |
| | (29) | $ of Liability | 70,702,177 | 41,459,918 | 16,930,917 | 0 | 0 | 0 | 20,071,666 |
| | (30) | Fees | 185,291 | 243,319 | 0 | 0 | 0 | 0 | 45,999 |
| 5,000,001 to 7,000,000 | (31) | Number | 5 | 71 | 0 | 0 | 0 | 0 | 8 |
| | (32) | $ of Liability | 28,161,383 | 24,233,894 | 0 | 0 | 0 | 0 | 6,668,281 |
| | (33) | Fees | 74,429 | 15,602,234 | 0 | 0 | 0 | 0 | 25,501 |
| 7,000,001 to 10,000,000 | (34) | Number | 8 | 2 | 4 | 0 | 0 | 0 | 0 |
| | (35) | $ of Liability | 60,542,686 | 18,934,060 | 28,135,000 | 0 | 0 | 0 | 0 |
| | (36) | Fees | 160,666 | 48,394 | 0 | 0 | 0 | 0 | 0 |
| 10,000,001 to 15,000,000 | (37) | Number | 10 | 2 | 0 | 0 | 0 | 0 | 0 |
| | (38) | $ of Liability | 121,439,166 | 122,000 | 0 | 0 | 0 | 0 | 0 |
| | (39) | Fees | 266,227 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15,000,001 to 20,000,000 | (40) | Number | 9 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (41) | $ of Liability | 163,509,140 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (42) | Fees | 311,426 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20,000,001 to 25,000,000 | (43) | Number | 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (44) | $ of Liability | 100,602,114 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (45) | Fees | 171,768 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25,000,001 to 50,000,000 | (46) | Number | 5 | 0 | 0 | 0 | 0 | 44,253 | 45,000,000 |
| | (47) | $ of Liability | 77,937,920 | 2 | 0 | 0 | 0 | 0 | 38,500 |
| | (48) | Fees | 80,309 | 0 | 0 | 0 | 0 | 0 | 0 |
| 50,000,001 to 75,000,000 | (49) | Number | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (50) | $ of Liability | 60,345,365 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (51) | Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 75,000,001 to 100,000,000 | (52) | Number | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (53) | $ of Liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (54) | Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 100,000,001 and above | (55) | Number | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (56) | $ of Liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (57) | Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALL POLICIES | (58) | Number | 8,118 | 4,175 | 66 | 0 | 0 | 0 | 437 |
| | (59) | $ of Liability | 1,543,170,048 | 927,295,446 | 85,781,000 | 0 | 0 | 0 | 133,116,664 |
| | (60) | Fees | 8,427,865 | 4,664,817 | 0 | 0 | 0 | 0 | 316,042 |

Page 9

CHI0073

• 2001 PENNSYLVANIA TITLE INSURANCE STATISTICAL REPORT

POLICY REPORT

ALL SYSTEMS COMBINED

Chicago Title Insurance Company

MORTGAGE POLICIES

| Liability Range | | | Basic Rate Sec. 5.3 | Release Rate Sec. 5.5 | Simultaneous Issue (no charge) Sec. 5.6.0 | Reissue/Substitution Loan Sec. 5.6 | Refinance/Substitution Loan Take-out Rate Sec. 6.7 | Construction Loan Take-out Rate Sec. 6.7 | Community Reinvestment Act Rate Sec. 5.12 | ALTA Short Form Residential Loan Policy Rate Sec. 5.15 | Approved Attorney Rate Sec. 5.18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) |
| 0 | to | 30,000 | | | | | | | | | |
| | | (1) Number | 7921 | 63 | 450 | 2 | 8 | 8 | 0 | 2 | 2 |
| | | (2) $ of Liability | 17,273,344 | 1,316,006 | 9,546,603 | 32,900 | | | 0 | 384,903 | 29,247 |
| | | (3) Fees | 290,467 | 20,596 | 16,212 | 892 | | | 0 | 60 | 228 |
| 30,001 | to | 45,000 | | | | | | | | | |
| | | (4) Number | 761 | 7 | 466 | 2 | | | 0 | 2 | 0 |
| | | (5) $ of Liability | 35,722,807 | 262,756 | 19,250,997 | 238,620 | | | 0 | 314,188 | 0 |
| | | (6) Fees | 543,244 | | 32,344 | 23,533 | | | 0 | 4,956 | 0 |
| 45,001 | to | 100,000 | | | | | | | | | |
| | | (7) Number | 3,642 | 907 | 2,602 | 89 | | | 0 | 8 | 0 |
| | | (8) $ of Liability | 277,046,492 | 69,772,572 | 201,046,685 | 6,754,866 | | | 0 | 1,235 | 0 |
| | | (9) Fees | 1,050,315 | 547,388 | 104,180 | 40,996 | | | 0 | 0 | 0 |
| 100,001 | to | 200,000 | | | | | | | | | |
| | | (10) Number | 3,804 | 1,200 | 1,914 | 108 | | | 0 | 6 | 8 |
| | | (11) $ of Liability | 430,492,400 | 178,097,303 | 269,005,472 | 17,237,068 | | | 0 | 955,136 | 1,660,300 |
| | | (12) Fees | 1,805,486 | 1,115,870 | 100,564 | 74,604 | | | 0 | 0 | 736 |
| 200,001 | to | 300,000 | | | | | | | | | |
| | | (13) Number | 577 | 277 | 326 | 28 | | | 0 | 2 | 2 |
| | | (14) $ of Liability | 135,383,169 | 67,243,561 | 122,330,329 | 6,955,926 | | | 0 | 435,001 | 2,857,835 |
| | | (15) Fees | 426,410 | 347,000 | 27,607 | 31,959 | | | 0 | 2,645 | 8,736 |
| 300,001 | to | 400,000 | | | | | | | | | |
| | | (16) Number | 136 | 81 | 96 | 8 | | | 0 | 0 | 2 |
| | | (17) $ of Liability | 38,637,439 | 19,064,307 | 37,662,496 | 2,380,601 | | | 0 | 0 | 2,925,264 |
| | | (18) Fees | 155,951 | 94,191 | 23,837 | 23,016 | | | 0 | 0 | 7,529 |
| 400,001 | to | 500,000 | | | | | | | | | |
| | | (19) Number | 39 | 26 | 47 | 3 | | | 0 | 2 | 2 |
| | | (20) $ of Liability | 19,536,518 | 13,168,610 | 19,547,064 | 1,161,448 | | | 0 | 779,141 | 1,250 |
| | | (21) Fees | 53,953 | 37 | 8,401 | 8,166 | | | 0 | 2,340 | 2,340 |
| 500,001 | to | 1,000,000 | | | | | | | | | |
| | | (22) Number | 73 | 37 | 43 | 3 | | | 0 | 2 | 2 |
| | | (23) $ of Liability | 51,030,728 | 26,320,552 | 29,089,018 | 2,361,125 | | | 0 | 1,602,126 | 1,473,000 |
| | | (24) Fees | 207,501 | 111,180 | 6,667 | 8,286 | | | 0 | 5,538 | 4,068 |
| 1,000,001 | to | 2,000,000 | | | | | | | | | |
| | | (25) Number | 43 | 26 | 26 | 2 | | | 0 | 0 | 0 |
| | | (26) $ of Liability | 62,802,295 | 43,462,278 | 62,925,166 | 4,802 | | | 0 | 0 | 0 |
| | | (27) Fees | 231,461 | 145,721 | 23,017 | | | | 0 | 0 | 0 |
| 2,000,001 | to | 5,000,000 | | | | | | | | | |
| | | (28) Number | 41 | 27 | 21 | 1 | | | 0 | 0 | 0 |
| | | (29) $ of Liability | 130,311,744 | 86,411,706 | 63,082,981 | 4,520,000 | | | 0 | 0 | 0 |
| | | (30) Fees | 260,970 | 231,927 | 16,423 | | | | 0 | 0 | 0 |
| 5,000,001 | to | 7,500,000 | | | | | | | | | |
| | | (31) Number | 7 | 7 | 4 | 2 | | | 0 | 0 | 0 |
| | | (32) $ of Liability | 40,112,997 | 38,172,955 | 42,919,527 | 7,906,194 | | | 0 | 0 | 4,735,352 |
| | | (33) Fees | 77,600 | 90,081 | 10,425 | 16,469 | | | 0 | 0 | 10,645 |
| 7,500,001 | to | 10,000,000 | | | | | | | | | |
| | | (34) Number | 9 | 6 | 2 | 2 | | | 0 | 0 | 0 |
| | | (35) $ of Liability | 76,683,784 | 40,378,006 | 82,800,030 | 16,077,920 | | | 0 | 0 | 0 |
| | | (36) Fees | 157,933 | 70,897 | 1,930 | 31,047 | | | 0 | 0 | 0 |
| 10,000,001 | to | 15,000,000 | | | | | | | | | |
| | | (37) Number | 3 | 2 | 2 | 1 | | | 0 | 0 | 0 |
| | | (38) $ of Liability | 28,658,652 | 24,787,774 | 150,626,630 | 14,045,131 | | | 0 | 0 | 0 |
| | | (39) Fees | 1,128 | 20,817 | | 18,217 | | | 0 | 0 | 0 |
| 15,000,001 | to | 20,000,000 | | | | | | | | | |
| | | (40) Number | 2 | 1 | 2 | | | | 0 | 0 | 0 |
| | | (41) $ of Liability | 47,112,997 | 19,836,753 | 293,391,411 | | | | 0 | 0 | 0 |
| | | (42) Fees | 72,690 | 28,502 | | | | | 0 | 0 | 0 |
| 20,000,001 | to | 25,000,000 | | | | | | | | | |
| | | (43) Number | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | (44) $ of Liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | (45) Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25,000,001 | to | 50,000,000 | | | | | | | | | |
| | | (46) Number | 1 | 0 | 0 | | | | 0 | 0 | 0 |
| | | (47) $ of Liability | 161,100,916 | 0 | 46,961,130 | | | | 0 | 0 | 0 |
| | | (48) Fees | 196,431 | 0 | 460 | | | | 0 | 0 | 0 |
| 50,000,001 | to | 75,000,000 | | | | | | | | | |
| | | (49) Number | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | (50) $ of Liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | (51) Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 75,000,001 | to | 100,000,000 | | | | | | | | | |
| | | (52) Number | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | (53) $ of Liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | (54) Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 100,000,001 | and above | | | | | | | | | | |
| | | (55) Number | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | (56) $ of Liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | (57) Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALL POLICIES | | | | | | | | | | | |
| | | (58) Number | 17,067 | 2,666 | 6,163 | 246 | 8 | 8 | 0 | 12 | 60 |
| | | (59) $ of Liability | 1,399,013,141 | 808,880,129 | 1,344,639,888 | 59,514,661 | 37,110,208 | 45,167 | 0 | 5,945,729 | 18,601,864 |
| | | (60) Fees | 6,135,118 | 3,161,076 | 338,594 | 311,139 | 8 | 8 | 0 | 13,531 | 54,055 |

Page 10

CH10074

# EXHIBIT M

2002 PENNSYLVANIA TITLE INSURANCE STATISTICAL REPORT
POLICY REPORT
ALL SYSTEMS COMBINED

| | Liability Range | | (1) Basic Rate Sec. 5.1, 5.2 | (2) Homeowner's Policy Rate (110%) Sec. 5.17A | (3) Reissue Rate Sec. 5.3 | OWNERS AND LEASEHOLD POLICIES (4) Owners Simultaneous Issue (no charge) Sec. 5.6, 5.D | (5) Homeowner's Simultaneous Issue (no charge) Sec. 5.17C | (6) Leasehold Simultaneous Issue (30% of Applicable) Sec. 5.5 | (7) Subdivision/ Condominium Rider Sec. 5.4 | (8) Community Reinvestment Act Rate Sec. 5.12 | (9) Approved Attorney Rate Sec. 5.18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | 0 to 30,000 | Number | 1,246 | 242 | 242 | 5 | 0 | 0 | 0 | 0 | 32 |
| (2) | | $ of Liability | 25,411,622 | 4,465,603 | | 80,480 | 0 | 0 | 0 | 0 | 774,419 |
| (3) | | Fees | 511,742 | 90,480 | 198 | 5 | 0 | 0 | 0 | 0 | 36,944 |
| (4) | 30,001 to 45,000 | Number | 706 | 198 | 36 | 2 | 0 | 0 | 0 | 0 | 45 |
| (5) | | $ of Liability | 26,258,329 | 7,516,706 | | 62,426 | 0 | 0 | 0 | 0 | 1,787,622 |
| (6) | | Fees | 341,202 | 62,426 | 144 | 2 | 0 | 0 | 0 | 0 | 17,542 |
| (7) | 45,001 to 50,000 | Number | | 21 | | | 0 | 0 | 0 | 0 | |
| (8) | | $ of Liability | 252,572,216 | 952,854 | 0 | 0 | 0 | 0 | 0 | 0 | 37,164 |
| (9) | | Fees | 3,423,617 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| (10) | 50,001 to 100,000 | Number | 5,244,020 | 2,235 | 0 | 0 | 0 | 0 | 0 | 0 | 7,999,684 |
| (11) | | $ of Liability | 481,043,206 | | 0 | 0 | 0 | 0 | 0 | 0 | 29,200 |
| (12) | | Fees | 6,440,620 | 1,626,366 | 0 | 0 | 0 | 0 | 0 | 0 | 102 |
| (13) | 100,001 to 150,000 | Number | 2,162 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,350 |
| (14) | | $ of Liability | 264,407,611 | 1,446,603 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (15) | | Fees | 3,441,009 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,505,174 |
| (16) | 150,001 to 200,000 | Number | 371 | 253 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (17) | | $ of Liability | 106,690,980 | 940,013 | 840,828 | 0 | 0 | 0 | 0 | 0 | 4,440,177 |
| (18) | | Fees | 7,753,122 | 607,607 | 2 | 0 | 0 | 0 | 0 | 0 | 14,283 |
| (19) | 200,001 to 250,000 | Number | 109 | 163,073 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (20) | | $ of Liability | 48,438,750 | | 0 | 0 | 0 | 0 | 0 | 0 | 9,140,107 |
| (21) | | Fees | 282,704 | 2,358,216 | 0 | 0 | 0 | 0 | 0 | 0 | 27,370 |
| (22) | 250,001 to 300,000 | Number | 170 | 36 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (23) | | $ of Liability | 117,317,482 | 232,201 | 5,326,424 | 0 | 0 | 0 | 0 | 0 | 6,380,342 |
| (24) | | Fees | 1,377,778 | | 0 | 0 | 0 | 0 | 0 | 0 | 18,233 |
| (25) | 300,001 to 400,000 | Number | 64 | 51,288,195 | 7,246,441 | 0 | 0 | 0 | 0 | 0 | |
| (26) | | $ of Liability | 341,626 | 194,489 | 0 | 0 | 0 | 0 | 0 | 0 | 2,564,341 |
| (27) | | Fees | 21 | 40 | 24,158,096 | 0 | 0 | 0 | 0 | 0 | 7,466 |
| (28) | 400,001 to 500,000 | Number | 63,971,127 | 358,506 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (29) | | $ of Liability | 207,916 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1,860,042 |
| (30) | | Fees | 31 | 114,470,498 | 30,915,889 | 0 | 0 | 0 | 0 | 0 | 4,903 |
| (31) | 500,001 to 1,000,000 | Number | 28,045,186 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (32) | | $ of Liability | 75 | 26,057,102 | 0 | 0 | 0 | 0 | 0 | 0 | 17,797,602 |
| (33) | | Fees | 591,607 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 41,150 |
| (34) | 1,000,001 to 2,000,000 | Number | 911,633 | 10,018,911 | 0 | 0 | 0 | 0 | 0 | 0 | 12,321,902 |
| (35) | | $ of Liability | 211,633 | 24,880 | 35,881,212 | 0 | 0 | 0 | 0 | 0 | 32,445 |
| (36) | | Fees | 13 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (37) | 2,000,001 to 3,000,000 | Number | 154,341,514 | 62,916,058 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (38) | | $ of Liability | 328,337 | 124,806 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (39) | | Fees | 53 | 109,213,604 | 24,150,069 | 0 | 0 | 0 | 0 | 0 | |
| (40) | 3,000,001 to 5,000,000 | Number | 227,139,737 | 3 | 90 | 0 | 0 | 0 | 0 | 0 | |
| (41) | | $ of Liability | 441,078 | 2,193,041 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (42) | | Fees | 3 | 2 | 56,450 | 0 | 0 | 0 | 0 | 0 | 2 |
| (43) | 5,000,001 to 7,000,000 | Number | 294,545,168 | 76 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (44) | | $ of Liability | 73,807 | 6,607 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (45) | 7,000,001 to 10,000,000 | | | | | | 0 | 0 | 0 | 0 | |
| (46) | 10,000,001 to 15,000,000 | Number | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (47) | | $ of Liability | 98,498,681 | 106,000 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (48) | | Fees | 7 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| (49) | 15,000,001 to 20,000,000 | Number | 81,305,668 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (50) | | $ of Liability | 63,803 | 100,000 | 0 | 0 | 0 | 0 | 0 | 0 | |
| (51) | | Fees | 1 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| (52) | 20,000,001 to 25,000,000 | | | | | | 0 | 0 | 0 | 0 | |
| (53) | 25,000,001 to 50,000,000 | | | | | | 0 | 0 | 0 | 0 | |
| (54) | 50,000,001 to 75,000,000 | | | | | | 0 | 0 | 0 | 0 | |
| (55) | 75,000,001 to 100,000,000 | | | | | | 0 | 0 | 0 | 0 | |
| (56) | 100,000,001 and above | | | | | | 0 | 0 | 0 | 0 | |
| (67) | ALL POLICIES | Number | 10,679 | 4,708 | 72 | 12 | 0 | 0 | 0 | 0 | 300 |
| (68) | | $ of Liability | 2,561,024,158 | 1,163,360,796 | | 109,435,627 | 0 | 0 | 0 | 0 | 79,783,473 |
| (69) | | Fees | 11,689,214 | 6,183,258 | | | 0 | 0 | 0 | 0 | 268,341 |

CHI0056

2002 PENNSYLVANIA TITLE INSURANCE STATISTICAL REPORT
POLICY REPORT
ALL SYSTEMS COMBINED

| Liability Range | | (10) Basic Rate Sec. 5.5 | (11) Expanded Coverage Loan Policy Rate (110%+$100) Sec. 5.1/8 | (12) Reissue Rate Sec. 5.5 | (13) Simultaneous (no charge) Sec. 5.5D | (14) Expanded Coverage Simultaneous Issue (no charge) Sec. 5.17 C | (15) Refinance or Substitution Loan Rate Sec. 5.6 | (16) Construction Loan Take-out Rate Sec. 5.7 | (17) Community Reinvestment Act Rate Sec. 5.12 | (18) ALTA Short Form Residential Loan Policy Rate Sec. 5.15 | (19) Approved Attorney Rate Sec. 5.18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 to 30,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 30,001 to 45,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 45,001 to 100,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 100,001 to 160,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 160,001 to 200,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 200,001 to 300,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 300,001 to 400,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 400,001 to 500,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 500,001 to 1,000,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 1,000,001 to 2,000,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 2,000,001 to 5,000,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 5,000,001 to 7,000,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 7,000,001 to 10,000,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 10,000,001 to 15,000,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 15,000,001 to 20,000,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 20,000,001 to 25,000,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 25,000,001 to 50,000,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 50,000,001 to 75,000,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 75,000,001 to 100,000,000 | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| 100,000,001 and above | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |
| ALL POLICIES | Number | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | $ of Liability | | | | | | | | | | |

CHI0057

# EXHIBIT N

2003 PENNSYLVANIA TITLE INSURANCE STATISTICAL REPORT
POLICY REPORT
ALL SYSTEMS COMBINED

| Liability Range | | | 1 Basic Rate Sec. 5.1, 5.2 | 2 Homeowner's Policy Rate (11%) Sec. 5.17A | 3 Reissue Rate Sec. 5.3 | 4 Owners Simultaneous Issue (no charge) Sec. 5.5D | 5 Homeowner's Simultaneous Issue (no charge) Sec. 5.17 C | 6 Leasehold Simultaneous Issue (50% of applicable) Sec. 5.5 | 7 Subdivision/ Condominium Rate Sec. 5.4 | 8 Community Redevelopment Act Rate Sec. 5.12 | 9 Approved Attorney Rate Sec. 5.18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 to 30,000 | Number | (1) | 890 | 155 | 194 | 0 | 0 | 0 | 0 | 0 | 89 |
| | $ of Liability | (2) | 14,315,008 | 437,846 | 3,035,303 | 0 | 0 | 0 | 0 | 0 | 1,471,622 |
| | Fees | (3) | 353,340 | 3,756 | 168 | 0 | 0 | 0 | 0 | 0 | 36,663 |
| 30,001 to 45,000 | Number | (4) | 330 | 321 | 168 | 0 | 0 | 0 | 0 | 0 | 90 |
| | $ of Liability | (5) | 16,794,443 | 800,768 | 70,013 | 0 | 0 | 0 | 0 | 0 | 3,832,149 |
| | Fees | (6) | 211,236 | 13 | 184 | 0 | 0 | 0 | 0 | 0 | 18,284 |
| 45,001 to 100,000 | Number | (7) | 142,146,128 | 878,867 | 56,645,097 | 0 | 0 | 0 | 0 | 0 | 27,831,518 |
| | $ of Liability | (8) | 1,805,923 | 7,321 | 454,458 | 0 | 0 | 0 | 0 | 0 | 231,931 |
| | Fees | (9) | 2,468 | 721 | 0 | 0 | 0 | 0 | 0 | 0 | 301 |
| 100,001 to 200,000 | Number | (10) | 2,912,788 | 166,505,229 | 0 | 0 | 0 | 0 | 0 | 0 | 27,901,799 |
| | $ of Liability | (11) | 3,079,669 | 1,246,028 | 0 | 0 | 0 | 0 | 0 | 0 | 7,997 |
| | Fees | (12) | 4,378 | 533 | 185,668,233 | 0 | 0 | 0 | 0 | 0 | 252 |
| 200,001 to 300,000 | Number | (13) | 2,517,178 | 255,512 | 153,775,349 | 0 | 0 | 0 | 0 | 0 | 35,892,480 |
| | $ of Liability | (14) | 316,641,263 | 5,055,519 | 780,776 | 0 | 0 | 0 | 0 | 0 | 138,420 |
| | Fees | (15) | 2,064,279 | 47,607 | 264 | 0 | 0 | 0 | 0 | 0 | 76 |
| 300,001 to 400,000 | Number | (16) | 316,641,263 | 33 | 153,775,349 | 0 | 0 | 0 | 0 | 0 | 18,139,179 |
| | $ of Liability | (17) | 410 | 5,640,031 | 590,761 | 0 | 0 | 0 | 0 | 0 | 56,334 |
| | Fees | (18) | 890,760 | 41,458 | 19 | 0 | 0 | 0 | 0 | 0 | 79 |
| 400,001 to 500,000 | Number | (19) | 195,532,024 | 184 | 38,974,614 | 0 | 0 | 0 | 0 | 0 | 16,353,141 |
| | $ of Liability | (20) | 837,254 | 15,613,356 | 138,430 | 0 | 0 | 0 | 0 | 0 | 53,881 |
| | Fees | (21) | 273 | 21 | 60 | 0 | 0 | 0 | 0 | 0 | 66 |
| 500,001 to 1,000,000 | Number | (22) | 83,879,930 | 272 | 69,216,852 | 0 | 0 | 0 | 0 | 0 | 28,186,024 |
| | $ of Liability | (23) | 697,254 | 56,843 | 566,761 | 0 | 0 | 0 | 0 | 0 | 58,420 |
| | Fees | (24) | 107,332,161 | 83 | 78 | 0 | 0 | 0 | 0 | 0 | 76 |
| 1,000,001 to 2,000,000 | Number | (25) | 1,030,477 | 56,843 | 166,345 | 0 | 0 | 0 | 0 | 0 | 28,186,024 |
| | $ of Liability | (26) | 141 | 225,637 | 48 | 0 | 0 | 0 | 0 | 0 | 35,692 |
| | Fees | (27) | 208,992,000 | 118,034,475 | 48,772,907 | 0 | 0 | 0 | 0 | 0 | 11,057,915 |
| 2,000,001 to 5,000,000 | Number | (28) | 854,656 | 417,130 | 81,539 | 0 | 0 | 0 | 0 | 0 | 36,802 |
| | $ of Liability | (29) | 61 | 81 | 30 | 0 | 0 | 0 | 0 | 0 | 16 |
| | Fees | (30) | 542,460,917 | 188,090,152 | 131,891,527 | 0 | 0 | 0 | 0 | 0 | 106,874,310 |
| 5,000,001 to 7,000,000 | Number | (31) | 544,761 | 56,414 | 226,780 | 0 | 0 | 0 | 0 | 0 | 296,160 |
| | $ of Liability | (32) | 30 | 10 | 20 | 0 | 0 | 0 | 0 | 0 | 7 |
| | Fees | (33) | 138,303,762 | 1,965,682 | 151,375,082 | 0 | 0 | 0 | 0 | 0 | 52,756,645 |
| 7,000,001 to 10,000,000 | Number | (34) | 392,764,668 | 220 | 20 | 0 | 0 | 0 | 0 | 0 | 226,083 |
| | $ of Liability | (35) | 143,800 | 1 | 151,375,082 | 0 | 0 | 0 | 0 | 0 | 7 |
| | Fees | (36) | 1,365,666 | 186,815,535 | 12,721,900 | 0 | 0 | 0 | 0 | 0 | 928,085 |
| 10,000,001 to 15,000,000 | Number | (37) | 255,924,769 | 262,643 | 20,674 | 0 | 0 | 0 | 0 | 0 | 928,085 |
| | $ of Liability | (38) | 506,771 | 20 | 9 | 0 | 0 | 0 | 0 | 0 | 7 |
| | Fees | (39) | 129,831,606 | 70,650,877 | 477,450,578 | 0 | 0 | 0 | 0 | 0 | 336,900 |
| 15,000,001 to 20,000,000 | Number | (40) | 166,637 | 91,433 | 29 | 0 | 0 | 0 | 0 | 0 | 336,900 |
| | $ of Liability | (41) | 6 | 3 | 20 | 0 | 0 | 0 | 0 | 0 | 6 |
| | Fees | (42) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20,000,001 to 25,000,000 | Number | (43) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | $ of Liability | (44) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Fees | (45) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25,000,001 to 50,000,000 | Number | (46) | 477,450,578 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | $ of Liability | (47) | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Fees | (48) | 690,206,626 | 1,612,396,989 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 50,000,001 to 75,000,000 | Number | (49) | 477,100 | 1,645,110 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | $ of Liability | (50) | 6 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Fees | (51) | 623,178,468 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 75,000,001 to 100,000,000 | Number | (52) | 225,564 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | $ of Liability | (53) | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Fees | (54) | 5,872,517,698 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 100,000,001 and above | Number | (55) | 3,415,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | $ of Liability | (56) | 8,203 | 3,469 | 0 | 0 | 0 | 0 | 0 | 0 | 9,592 |
| | Fees | (57) | 9,759,656,042 | 2,556,666,429 | 1,570,373,268 | 0 | 0 | 0 | 0 | 0 | 297,872,391 |
| ALL POLICIES | Number | (58) | 19,175,256 | 5,072,245 | 3,415,200 | 0 | 0 | 0 | 0 | 0 | 1,046,202 |
| | $ of Liability | (59) | 9,759,656,042 | 2,556,666,429 | 1,570,373,268 | 0 | 0 | 0 | 0 | 0 | 297,872,391 |
| | Fees | (60) | 19,175,256 | 5,072,245 | 3,415,200 | 0 | 0 | 0 | 0 | 0 | 1,046,202 |

Page 9

CHI0040

2003 PENNSYLVANIA TITLE INSURANCE STATISTICAL REPORT
POLICY REPORT
ALL SYSTEMS COMBINED

| Liability Range | | Basic Rate Sec. 5.5 (10) | Expanded Coverage Loan Policy Rate (110%+300) Sec. 5.1.6 (11) | Reissue Rate Sec. 5.3 (12) | Simultaneous Issue (no charge) Sec. 5.1.D (13) | Expanded Coverage Simultaneous Issue (no charge) Sec. 5.1.7.C (14) | Refinance or Subordination Loan Rate Sec. 5.6 (15) | Construction Loan Take-out Rate Sec. 5.8 (16) | Community Reinvestment Act Rate Sec. 5.12 (17) | ALTA Short Form Residential Loan Policy Rate Sec. 5.15 (18) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | MORTGAGE POLICIES | | | | |
| 0 to 30,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 30,001 to 45,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 45,001 to 100,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 100,001 to 200,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 200,001 to 250,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 250,001 to 500,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 500,001 to 1,000,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 1,000,001 to 2,000,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 2,000,001 to 5,000,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 5,000,001 to 7,000,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 7,000,001 to 10,000,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 10,000,001 to 15,000,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 15,000,001 to 20,000,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 20,000,001 to 25,000,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 25,000,001 to 50,000,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 50,000,001 to 75,000,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 75,000,001 to 100,000,000 | Number / $ of Liability / Fees | | | | | | | | | |
| 100,000,001 and above | Number / $ of Liability / Fees | | | | | | | | | |
| ALL POLICIES | Number / $ of Liability / Fees | | | | | | | | | |

CH0041

# EXHIBIT O

**2004 PENNSYLVANIA TITLE INSURANCE STATISTICAL REPORT**

**ALL SYSTEMS COMBINED**

**POLICY REPORT**

| Liability Range | | | Basic Rate Sec. 5.1, 5.2 | Homeowner's Policy Rate (110%) Sec. 5.17a | Reissue Rate Sec. 5.3 | OWNERS AND LEASEHOLD POLICIES | | | Subdiv/Sector Condominium Rate Sec. 5.4 | Community Reinvestment Act Rate Sec. 5.12 | Approved Attorney Rate Sec. 5.8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Owners Simultaneous Issue (no charge) Sec. 5.10 | Homeowner's Simultaneous Issue (no charge) Sec. 5.17C | Leasehold Simultaneous Issue (30% of Applicable) Sec. 5.2 | | | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |

*(Detailed numeric data table — liability ranges from 0 to 30,000 through 150,000,001 and above, plus ALL POLICIES, each with Number / $ of Liability / Fees sub-rows. The fine print of the individual cell values is not legibly reproducible.)*

CHI0024

2004 PENNSYLVANIA TITLE INSURANCE STATISTICAL REPORT
POLICY REPORT
ALL SYSTEMS COMBINED

| | | (10) Basic Rate Sec. 5.5 | (11) Expanded Coverage Loan Policy Rate (1/1/94-5/2/01) Sec. 5.17 B | (12) Release Rate Sec. 5.3 | (13) Simultaneous Issue (no charge) Sec. 5.10 | MORTGAGE POLICIES (14) Expanded Coverage Simultaneous Issue Sec. 5.17 C | (15) Refinance or Subdivision Loan Sec. 5.6 | (16) Construction Reinvestment Loan Takeout Rate Sec. 5.7 | (17) Community Reinvestment Act Rate Sec. 5.12 | (18) ALTA Short Form Residential Loan Policy Rate Sec. 5.15 |
|---|---|---|---|---|---|---|---|---|---|---|
| Liability Range | | | | | | | | | | |
| 0  to  30,000 | (1) Number | 130 | 0 | 40 | 0 | 0 | 298 | 0 | 0 | 21 |

[Table continues with liability ranges:
0 to 30,000; 30,001 to 45,000; 45,001 to 100,000; 100,001 to 200,000; 200,001 to 300,000; 300,001 to 400,000; 400,001 to 500,000; 500,001 to 1,000,000; 1,000,001 to 2,000,000; 2,000,001 to 5,000,000; 5,000,001 to 7,000,000; 7,000,001 to 10,000,000; 10,000,001 to 15,000,000; 15,000,001 to 20,000,000; 20,000,001 to 25,000,000; 25,000,001 to 50,000,000; 50,000,001 to 75,000,000; 75,000,001 to 100,000,000; 100,000,001 and above; ALL POLICIES — each with rows for Number, $ of Liability, and Fees. The dense numeric detail is not legibly reproducible.]

CHI0025

# EXHIBIT P

**4A TITLE INSURANCE STATISTICAL REPORT**

**POLICY REPORT**

**ALL SYSTEMS COMBINED**

| Liability Range | | (1) Basic Rate Sec. 5.1 | (2) Homeowner's Policy Rate (115%) Sec. 5.13 | (3) Rebate Rate (90%) Sec. 5.15 | OWNERS AND LEASEHOLD POLICIES | | (6) Subdivision Condominium Sec. 5.4 | (7) Community Reinvestment Act Rate Sec. 5.15 | (8) Approved Attorney Rate Sec. 5.16 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (4) Owners Simultaneous Issue (Fee Charge) Sec. 5.5 (1) | (5) Owners Simultaneous Issue (10% of Applicable) Issue Sec. 5.5 (1) | | | |
| 0 | to 20,000 | (1) Number | | | | | | | |
| 20,000 | to 45,000 | | | | | | | | |
| 45,001 | to 100,000 | | | | | | | | |
| 100,001 | to 200,000 | | | | | | | | |
| 200,001 | to 300,000 | | | | | | | | |
| 300,001 | to 400,000 | | | | | | | | |
| 400,001 | to 500,000 | | | | | | | | |
| 500,001 | to 1,000,000 | | | | | | | | |
| 1,000,001 | to 2,000,000 | | | | | | | | |
| 2,000,001 | to 5,000,000 | | | | | | | | |
| 5,000,001 | to 7,000,000 | | | | | | | | |
| 7,000,001 | to 10,000,000 | | | | | | | | |
| 10,000,001 | to 15,000,000 | | | | | | | | |
| 15,000,001 | to 20,000,000 | | | | | | | | |
| 20,000,001 | to 25,000,000 | | | | | | | | |
| 25,000,001 | to 50,000,000 | | | | | | | | |
| 50,000,001 | to 75,000,000 | | | | | | | | |
| 75,000,001 | to 100,000,000 | | | | | | | | |
| 100,000,001 | and above | | | | | | | | |
| **ALL POLICIES** | | | | | | | | | |

CTI-P-CAL/2006.xls

Page 9

CTH0008

4A TITLE INSURANCE STATISTICAL REPORT
POLICY REPORT
ALL SYSTEMS COMBINED

| Liability Range | | (10) Expanded Coverage Loan Policy Rate (115%x200) Sec. 5.17.B Blank Rate | (11) Reissue Rate Sec. 5.16 | (12) Simultaneous Issue (no charge) Sec. 5.15.D | (13) Expanded Coverage Simultaneous Issue (no charge) Sec. 5.17.C | (14) MORTGAGEE POLICIES Refinance or Substitution Loan Rate Sec. 5.8 | (15) Construction Loan Binder Rate Sec. 6.7 | (16) Community Reinvestment Act Rate Sec. 5.13 | (17) ALTA Short Form Residential Loan Policy Rate Sec. 5.18 | (18) Approved Attorney Rate Sec. 5.18 | (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|

CTI PC04113506.sls

CHT0009

# EXHIBIT Q

## Chicago Title Lenders' Policies Issued 2000-2005
(Taken from and Based Upon Chicago Title's filings with the Pa. Insurance Commission)

| | Basic | ALTA Short | Reissue | Refinance | Totals | Percent Receiving Discount Rate |
|---|---|---|---|---|---|---|
| 2005 | 2902 | 292 | 1928 | 8610 | 13732 | 76.74% |
| 2004 | 4008 | 976 | 2848 | 2017 | 9849 | 49.39% |
| 2003 | 4588 | 3082 | 6031 | 3309 | 17010 | 54.91% |
| 2002 | 5954 | 4853 | 5032 | 1304 | 17143 | 36.96% |
| 2001 | 9522 | 12 | 2809 | 249 | 12592 | 24.29% |
| 2000 | 8566 | 0 | 1425 | 427 | 10418 | 17.78% |
| | 35540 | 9215 | 20073 | 15916 | 64828 | 43.34% |