**A**

ability (1)
35:3
able (2)
9:3 13:5
absence (1)
59:8
abstract (22)
10:14 22:17
23:12 24:13
46:4 51:17,23
51:24 52:4,6
53:22 54:2
55:3,7 56:16
58:14 60:5
67:20 68:3
71:17,19,20
abstracters (1)
71:17
accent (1)
30:20
accommodate...
7:9
accumulative...
22:10
Accumulative...
31:12
accurate (2)
15:10 101:9
action (3)
1:2 4:7 101:15
acts (1)
20:23
actual (4)
23:15 41:18
49:22 67:22
add (1)
99:17
additional (4)
47:7 76:4,11
98:7
address (1)
62:16
adversely (2)
27:1,24
advise (2)
72:19 73:4
advised (1)
73:7
affect (2)
27:1,24
agency (8)
10:12,14 12:21
15:21 32:9
39:17 41:5
74:17
agent (9)
7:21 8:18 20:24
23:13 40:4
46:9 49:24
60:1 86:21
agents (3)
11:3 51:6 66:22
agent/owner (...
23:7
ago (1)
75:1
agree (3)
61:6 83:6,8
agreement (3)
12:21 32:9 42:2
ahead (1)
51:19
ALTA (1)
30:4
Ameer (1)
96:12
American (6)
18:17,18 46:18
46:22 47:2,3
amount (8)
28:13,16 63:13
81:16,21,23
82:17 83:7
ANDREWS (1)
2:6
and/or (1)
101:5
angst (1)
98:8
answer (16)
8:7 9:1,2 16:5
19:14 31:3,7
32:6 35:2,12
49:20 51:1
64:12 92:8,9
94:14
answered (1)
7:6
answering (1)
85:22
anybody (1)
85:7
apart (3)
86:19 91:10
96:23
apologize (1)
30:22
appear (1)
11:8
appearances (...
4:19
applications (1)
24:19
apply (1)
92:15
appointed (3)
8:18 17:24
18:11
appointments...
47:22
appreciate (1)
48:24
apprise (1)
49:3
approval (1)
42:7
approximatel...
4:18 9:7 16:9
April (5)
13:13 99:1,4,6
99:9
area (1)
44:11
areas (1)
7:23
arrangement...
23:5,19
arrangement...
23:3
asked (4)
39:19 86:4 94:6
97:18
asking (9)
14:2 35:7,15,18
59:14,15 93:8
95:14 97:5
aspects (1)
9:15
Associates (2)
4:13,16
assume (1)
55:4
assumed (1)
95:7
assuming (1)
61:14
assumptions (...
95:14
attached (1)
13:15
attorney (3)
49:24 85:20
101:14
attorneys (4)
2:5,10 11:17
66:22
audited (2)
40:14,19
audits (7)
47:18,19,24
48:6,10,18,22
authority (7)
40:4,8 41:1,3
41:14,20
42:16
automated (1)
14:1
automatically...
58:13 59:3
69:10
Avenue (1)
2:3
average (1)
21:16
aware (4)
16:22 48:2
76:12 85:13
A-m-i-r (1)
96:14
a.m (1)
100:6

**B**

B (2)
3:6 63:7
back (23)
39:20 46:18
48:16 50:13
50:14 53:12
53:16 55:14
66:10 67:14
67:16 69:16
69:17 73:18
74:11,16,23
74:24 75:6
76:15 79:17
84:16 92:19
BALLARD (1)
2:6
ballpark (2)
34:20 35:18
Baltimore (1)
30:20
Banker (1)
24:2
banks (1)
17:22
Barry (2)
2:12 4:12
based (2)
81:20 97:6
basic (2)
6:16 82:7
basically (4)
49:10 72:8
74:10,20
began (1)
10:7
beginning (3)

| | | | | |
|---|---|---|---|---|
| 49:11 57:3 98:10 | 59:5 60:4,23 64:1,5,19,24 65:2 71:22 72:13 | 36:2 51:4 66:21 **buying (1)** 24:3 | **change (2)** 11:1 61:10 **changed (2)** 36:22 89:6 | **Chicago (86)** 1:7 4:5,24 5:4 6:9 8:18,22 |
| **behalf (8)** 1:3 4:4,22,23 5:4 13:18 40:5 98:23 | **borrowers (7)** 50:5 59:17,24 62:12 66:22 73:21 84:4 | **C** **C (3)** 2:1 101:1,1 **CA (1)** 4:8 | **charge (5)** 29:17 44:10 45:21 88:17 89:2 | 9:1 13:3 15:16 18:22,24 19:3 19:5,15,17,17 19:24 20:4 |
| **Belatedly (1)** 85:5 | **borrowing (1)** 28:20 | **calculate (1)** 78:23 | **charged (4)** 42:19 43:1 84:4 85:9 | 31:19,23 32:4 32:8 39:17 40:1,6,10,10 |
| **believe (35)** 9:2 14:2 16:11 18:5 19:24 24:14,15 34:18 37:12 39:18 40:7 41:13,16 42:10 55:7 56:6,14 58:20 67:6,10 70:13 73:6,10 77:8 79:18 82:9 83:5,17 84:2 88:23 94:24 95:11 96:4,9 96:14 | **bottom (4)** 42:1 65:24 79:20 80:5 **brands (1)** 94:8 **break (1)** 7:9 **bring (3)** 12:20 53:7 73:21 **bring-down (3)** 52:10,12,13 **Bring-to-date...** 53:2,3 | **calculation (3)** 78:19 79:2,5 **call (9)** 8:2,4 9:1 49:23 59:24 64:8,19 64:20 70:23 **called (4)** 59:11 80:17 87:6 98:11 **calling (1)** 42:13 **capacity (1)** 25:7 **Capstone (2)** 63:8 95:5 **capture (1)** 69:6 | **chart (1)** 79:8 **check (8)** 19:8,12 67:7 75:13,22 98:11,12,14 **checked (2)** 48:16,20 **checks (3)** 98:11,15 99:1 **Chelsea (47)** 7:13,24 8:3,5 8:17 10:2,22 13:14,18,24 14:21 15:15 15:16,20,21 17:3,24 18:21 | 40:13,22 41:2 41:4,15,20 42:13,18,24 43:4,7,16 44:9 44:16,18 45:8 45:10,12,15 45:18,21 47:8 48:18 54:18 54:21 58:6,8 58:14,17,18 58:20 59:3,7 61:7,8,9,16 66:24 67:4 70:21 72:18 73:3 75:9,15 |
| **beneficiary (1)** 29:2 | **broader (1)** 71:7 | **case (13)** 6:8 12:14 15:11 | 19:18 20:6 21:9 22:8 26:4 | 76:1 77:4 78:4 78:7,9,10 |
| **benefit (2)** 27:22 29:5 | **broker (5)** 12:5 23:8 60:2 96:8,11 | 18:10 27:5,11 27:12 28:3,13 35:23 39:12 | 26:6 31:1,13 31:17,20,22 32:4,7 39:17 | 83:20,21 84:24 85:8,20 |
| **best (5)** 15:13 35:3,8 84:5,9 | **brokers (1)** 51:6 | 40:1 70:19 **cause (1)** | 42:24 46:4 47:6 49:14 | 98:16,23 99:1 **Chicago's (1)** |
| **big (2)** 25:21 69:2 | **brought (2)** 12:15 19:20 | 98:8 **certain (2)** | 50:6 53:21 54:1 57:21 | 45:24 **CHTD (1)** |
| **binding (5)** 61:7,9,16,17,22 | **bulletins (3)** 45:20,22,24 | 70:4 90:5 **certainly (3)** | 59:2,6 61:22 72:12 73:3 | 2:2 **CIVIL (1)** |
| **Blackberry (2)** 56:20,23 | **bunch (1)** 77:5 | 14:7 35:2 56:4 **Certified (2)** | 85:11 98:21 **Chelsea's (2)** | 1:2 **clarified (1)** |
| **blended (2)** 37:11 81:12 | **business (7)** 20:9 23:2,4,18 | 101:2,21 **certify (3)** | 13:3 22:12 **Cherry (1)** | 89:9 **clarify (3)** |
| **bookkeeper/a...** 17:19 | 25:15 50:8 51:15 | 101:4,8,13 **chain (1)** | 4:14 **CHI (1)** | 30:14 58:9 64:8 **Class (1)** |
| **borrow (1)** 25:11 | **buy (3)** 50:9,15 68:17 | 52:7 | 42:1 | 4:7 **clear (5)** |
| **borrower (15)** 28:11,12 37:9 49:22 51:13 | **buyer (3)** 36:13,17 49:23 **buyers (3)** | | | 26:24 34:10 35:6 71:11 72:7 |

| | | | | |
|---|---|---|---|---|
| **clearly (1)** 12:19 | 95:18 97:23 | **communicati...** 97:22,23 | **connection (2)** 13:21 73:12 | 42:1 |
| **clerk (10)** 7:15,16 9:10 10:8 17:13 22:6 25:8 46:11 78:15 88:6 | **Cohen's (2)** 14:18 37:19 | **companies (13)** 10:21 18:9 22:9 22:15 24:4 25:9 26:15 29:17,20 32:17 50:1 51:8 86:11 | **consider (1)** 50:2 | **corporate (2)** 48:17,21 |
| | **Coldwell (1)** 24:2 | | **consistent (1)** 42:8 | **Corporation (...** 63:9 |
| | **come (11)** 35:23 37:3 50:13,14 73:23 74:11 75:8 88:14,21 92:4,12 | | **constantly (1)** 44:14 | **correct (53)** 8:20 11:9,10 20:5,20,22 21:1,3,6 27:17 29:4,21 31:12 31:15 37:13 37:22 39:23 42:14,17 56:7 57:18,19 59:4 61:1,3 62:14 62:17,18,22 63:5,11,22 64:10 67:9 69:4 74:6 76:13 77:7 78:2 79:5,9 81:11 84:9 85:1 86:11,12 86:21,22 88:7 89:6 90:1,6,12 |
| **clients (1)** 8:7 | | | **consult (4)** 60:15,18,23 88:18 | |
| **close (6)** 25:11 52:17 72:7 73:20,22 73:23 | | **company (27)** 1:7 4:5 8:2,4 10:13 16:15 16:17,21,24 18:7,11,12 20:1,3,23 23:6 23:21 49:10 49:10 51:7,12 54:3 57:16,21 58:2 71:17 87:11 | **consumers (3)** 72:19 73:4,8 | |
| | **comes (3)** 9:20 37:11 55:14 | | **contact (9)** 13:17 51:13 59:6,18 63:24 64:4,23 65:2 72:12 | |
| **closed (3)** 38:8 70:4,20 | **coming (2)** 11:12 53:12 | | | |
| **closer (7)** 11:24 12:1 31:4 46:14 47:21 64:15 66:3 | **commenceme...** 101:4 | | **contacted (3)** 84:23 85:7,12 | |
| | **commencing ...** 1:17 | **complete (1)** 15:9 | **contents (1)** 14:18 | |
| **closes (3)** 61:14 73:24 74:1 | **commercial (1)** 20:6 | **completed (1)** 71:20 | **contract (5)** 39:17,21 40:2 41:5,23 | **correctly (2)** 71:8 84:20 |
| **closing (21)** 12:3 13:6 24:21 46:20 52:17 66:19 67:9,11 72:4,9 73:11 73:14 74:7 75:14 83:18 86:20 88:6 95:18 96:1 97:1,8 | **commission (3)** 29:18 30:5 101:23 | **comprehensi...** 98:17 | **controlled (3)** 23:2,4,18 | |
| | **commitment ...** 51:18 52:16 56:17 57:6,7,7 57:9 58:7,16 59:19,23 60:11,16,19 61:1,7,14 62:2 62:9 63:16 64:10,17 66:11,12,14 66:15,17 67:1 67:2,13 68:4 69:10 71:12 71:20 78:21 79:12,19 82:2 88:19 94:24 | **computer (2)** 68:6 69:3 | **conversation ...** 14:17 | **counsel (3)** 4:19 6:14 101:14 |
| | | **computer-aid...** 101:9 | **Conveyancer ...** 24:18 | |
| | | **concentrate (1)** 95:23 | **conveyancers...** 15:4 17:17 24:9 24:16,17 64:16 | **county (2)** 74:20,20 |
| | | **concerning (1)** 85:8 | | **couple (5)** 21:17 47:17 55:8 62:3 98:6 |
| **closings (7)** 7:17 17:21 20:19 21:7 22:16 96:5,21 | | **concludes (1)** 100:3 | **Cook (7)** 16:14,15 17:5,8 23:1,12,23 | **course (8)** 14:16 21:18 35:22 92:22 92:23 93:5,10 93:14 |
| | | **conclusion (2)** 92:4,12 | | |
| **Cohen (8)** 1:3 4:3 6:8 11:19 84:24 96:3 97:13,14 | | **conduct (5)** 7:17 22:15 48:6 48:10 83:18 | **copies (1)** 14:6 | |
| | | **conducted (4)** 47:18 48:18 52:4 67:20 | **copy (9)** 12:21 45:1 55:24 66:24 75:21 77:21 78:3 83:19,24 | **court (6)** 1:1 4:6 5:1,19 6:19 89:23 |
| **Cohens (13)** 59:11,15 63:8 69:16 79:12 80:2 81:6,24 83:3 84:1 91:5 | | | | |
| | | **confirm (3)** 64:8,19,21 | | **cover (2)** 5:9 52:15 |
| | **commitments...** 24:20 58:23 61:10 | | | |
| | **commitment'...** 72:2 | | **corner (1)** | **coverage (5)** |

| | | | | |
|---|---|---|---|---|
| 35:22,24 | **David (3)** | 86:11 | 65:21 74:11 | 97:17 |
| 36:14 91:23 | 14:3,9,12 | **DESCRIPTI...** | 74:16 75:6 | **Elfant (4)** |
| 92:17 | **day (2)** | 3:7 | **documents (5)** | 23:15,19,20,22 |
| **coverages (1)** | 73:22 87:18 | **determinatio...** | 11:11 14:6 | **eligible (5)** |
| 65:8 | **days (1)** | 57:20 | 15:14 74:9 | 33:21 36:2 |
| **co-worker (1)** | 74:5 | **determine (5)** | 95:21 | 72:20 73:5,8 |
| 17:10 | **deal (1)** | 13:23 37:15 | **doing (5)** | **Elizabeth (1)** |
| **credit (1)** | 37:5 | 48:17 52:3 | 31:8,11 40:12 | 43:9 |
| 39:3 | **dealing (3)** | 58:16 | 88:19 89:14 | **employee (2)** |
| **criteria (2)** | 31:20 33:2 61:8 | **determined (1)** | **Donovan (2)** | 24:8 25:8 |
| 36:11 39:10 | **dealings (1)** | 38:4 | 1:16 4:9 | **employees (2)** |
| **Crystal (2)** | 8:22 | **determining (1)** | **door (1)** | 24:5,13 |
| 71:2,4 | **dealt (1)** | 92:1 | 26:3 | **employment (1)** |
| **current (3)** | 72:17 | **differed (1)** | **double (1)** | 93:15 |
| 36:16 55:1 56:9 | **decision (2)** | 74:20 | 22:5 | **encumbrance...** |
| **currently (3)** | 19:18 58:2 | **different (3)** | **doubt (1)** | 27:1,23 |
| 17:24 34:16 | **deeds (1)** | 44:16 49:22 | 83:22 | **endorsements...** |
| 54:15 | 54:10 | 68:23 | **duly (1)** | 30:6 78:1 |
| **Custodian (1)** | **Defendant (4)** | **differs (1)** | 5:22 | **enhance (1)** |
| 3:9 | 1:8 2:10 4:24 | 74:19 | **duties (1)** | 65:8 |
| **customer (1)** | 5:4 | **directive (1)** | 20:18 | **enhanced (5)** |
| 85:9 | **definitions (1)** | 91:20 | **D-20 (2)** | 65:4,12,14,16 |
| **customers (6)** | 26:18 | **directives (1)** | 3:8 12:9 | 65:17 |
| 35:23 50:3,7,9 | **definitive (2)** | 44:15 | **D-21 (2)** | **ensure (1)** |
| 50:13,16 | 19:6 35:12 | **directly (2)** | 3:9 13:7 | 26:23 |
| ——————— | **definitively (6)** | 93:20 94:11 | ——————— | **entered (1)** |
| **D** | 12:7 59:10 | **disburse (1)** | **E** | 69:7 |
| **D (1)** | 77:11 94:17 | 20:21 | **E (10)** | **entire (4)** |
| 3:1 | 95:6,15 | **disbursed (2)** | 1:3 2:1,1,11,11 | 9:24 14:17 |
| **Dan (1)** | **denigrate (1)** | 74:3,8 | 3:1,6 4:3 | 25:17 27:16 |
| 32:24 | 86:14 | **discount (4)** | 101:1,1 | **entities (1)** |
| **Darryl (3)** | **Denise (1)** | 36:23 37:10 | **earlier (2)** | 22:24 |
| 2:6 4:23 85:19 | 17:12 | 81:12 82:20 | 85:19 96:2 | **entitled (4)** |
| **data (3)** | **depending (1)** | **discussion (3)** | **earliest (4)** | 36:13,17 37:9 |
| 69:7,19 94:10 | 48:13 | 56:21 84:15 | 98:24 99:2,11 | 79:15 |
| **date (15)** | **deposition (21)** | 97:12 | 99:12 | **Equitable (10)** |
| 19:6,11 38:16 | 4:2,8 5:11,16 | **District (4)** | **easier (1)** | 22:17,19 24:1,5 |
| 38:19 52:16 | 6:10 8:3 11:7 | 1:1,1 4:6,7 | 37:5 | 24:15,24 25:6 |
| 52:17 53:7 | 11:15 12:14 | **Docket (1)** | **Eastern (2)** | 25:15 26:8 |
| 62:24,24 72:4 | 12:18 13:12 | 4:8 | 1:1 4:7 | 31:14 |
| 99:2,11,12,15 | 15:7 39:24 | **doctor's (1)** | **effect (2)** | **equity (1)** |
| 101:12 | 49:4 56:24 | 87:24 | 27:15 37:3 | 39:3 |
| **Dated (1)** | 57:3,10 77:15 | **document (10)** | **effective (1)** | **escrow (4)** |
| 101:24 | 85:21 98:10 | 12:19 13:15 | 52:16 | 9:17 21:5 45:14 |
| **dates (1)** | 100:4 | 14:24 39:14 | **either (4)** | 45:17 |
| 63:3 | **described (1)** | 39:15 57:15 | 24:4 79:1,4 | **ESQ (3)** |

established (1)
16:4
estate (8)
23:7,8,13 49:24
50:10 51:5
60:1 66:22
event (1)
101:16
events (1)
63:4
everybody (1)
25:21
evidence (9)
37:14 38:10,11
90:6,17,20
91:11,17
92:16
exact (1)
21:11
exactly (5)
13:23 29:10
88:1 93:24
94:5
examination (...
6:1 71:13,15,16
85:16 98:4
101:5
examine (1)
71:18
examined (1)
5:22
example (5)
24:12 67:14
69:15 87:3
88:9
exceeded (2)
35:24 41:4
excess (1)
20:15
exclusively (2)
31:22 32:3
Excuse (2)
23:17 34:24
executive (1)
87:11
exhibit (12)

12:9,14 13:7,12
15:7 39:12,13
57:10 65:20
77:15 94:24
98:10
existing (5)
35:21 36:14
37:8 91:23
92:17
experience (7)
11:2 32:3 41:20
86:7,9,15,18
expires (1)
101:23
explain (1)
87:16
Express (12)
68:10,22 69:6
69:13 70:1,13
70:16,23 71:6
94:7 99:14,16

———— F ————

F (1)
101:1
fact (7)
29:8 30:11 40:2
63:6 66:3
88:18 96:9
fair (6)
36:8,8 51:9
62:8 91:4
97:11
fairly (1)
9:23
fall (1)
17:4
Fallon (3)
1:14 4:16 101:2
falls (2)
39:9,10
familiar (12)
9:24 29:13,23
43:11 52:9
53:1 54:5 65:4
83:11 89:5,20

89:24
February (1)
80:3
Federally-Ap...
1:14
fee (1)
55:16
Fidelity (7)
18:4 32:12,19
33:2,7 48:5
55:8
field (1)
23:9
fields (1)
69:19
figure (3)
35:18 78:15
82:14
figured (1)
81:15
file (10)
13:6 14:18
24:21 30:14
30:15,19 36:6
69:16 70:20
74:9
filed (2)
29:13,16
files (3)
8:6 13:24 15:18
final (2)
74:11 82:24
find (10)
12:22,24 13:5
19:14 39:20
47:12 50:19
57:9 64:24
67:5
fine (2)
6:6 84:21
finish (2)
44:1 61:18
firm (1)
4:13
first (26)
5:22 13:22

18:17,18
21:17 28:1,4
31:17 36:23
38:23 39:6,7
46:17,18,22
47:2,3 49:13
62:20 64:10
72:12 80:6
95:6,7,11,15
five (1)
10:4
Floor (1)
2:7
flowchart (1)
17:2
folder (1)
14:5
follow (5)
30:7,12,17,18
30:21
follows (1)
5:23
follow-ups (2)
47:17 98:6
foregoing (1)
101:9
forenoon (1)
1:18
forgot (1)
98:7
form (24)
11:4 27:8 28:5
33:22 38:24
49:18 50:20
59:9,21 63:19
66:5 67:15,20
68:15 70:10
72:15 78:12
85:4,5 88:21
89:13,17,18
94:16
Forman (2)
2:12 4:12
format (1)
63:17
forms (3)

72:18 73:4,7
forth (1)
101:12
found (2)
15:17 72:6
founders (1)
16:13
four (1)
25:2
fourth (1)
42:2
frame (6)
21:23 31:11
33:1 72:17
73:2 80:13
free (1)
26:24
front (1)
26:1
funds (1)
20:21
further (5)
85:14 98:4
99:23 101:8
101:13

———— G ————

gain (1)
56:4
gap (1)
52:15
gather (2)
13:20 71:18
gathering (1)
14:3
gees (1)
50:21
Geez (1)
21:10
general (3)
7:23 21:4 49:6
generally (5)
54:12 59:17
63:18 93:16
94:1
gestures (1)

| | | | | |
|---|---|---|---|---|
| 6:21 | 12:11 13:9 | 72:1 73:12 | 96:13 99:20 | 62:2,10,19,23 |
| **getting (3)** | 27:9 28:7 34:2 | 74:7 | **identification...** | 64:9 67:12,15 |
| 8:10 51:19 | 35:9 37:21,23 | **hard (2)** | 12:10 13:8 | 67:17,19 68:1 |
| 56:19 | 39:5 44:3,7 | 21:16 93:7 | **identifies (1)** | 69:6,9,12 |
| **give (19)** | 49:19 50:23 | **held (4)** | 57:15 | 70:15 71:18 |
| 6:16 14:16 19:6 | 56:22 57:4,5 | 4:9 54:9 56:21 | **illegal (3)** | 75:24 76:2,4,6 |
| 22:11 23:14 | 59:13 60:3 | 84:15 | 30:11,16,16 | 76:12,15 |
| 31:6 34:11,16 | 68:19 70:17 | **help (1)** | **imagine (4)** | **information's...** |
| 34:18 35:12 | 72:16,24 73:1 | 57:12 | 40:13 41:19 | 69:17 |
| 35:19 38:12 | 84:11,18 85:6 | **hereinbefore ...** | 44:16 55:22 | **INGERSOL...** |
| 44:19 47:11 | 85:14,23 86:5 | 101:12 | **immediately (1)** | 2:6 |
| 70:15 71:6,19 | 89:8,14,21 | **Hi (1)** | 74:4 | **initial (1)** |
| 77:5 84:8 | 94:16 98:5 | 6:4 | **important (1)** | 51:10 |
| **given (4)** | 99:23 | **high (2)** | 6:22 | **initially (2)** |
| 14:8,17 44:14 | **Gordon's (1)** | 41:10,12 | **impossibility ...** | 46:17,20 |
| 93:13 | 57:2 | **higher (2)** | 34:23 | **inputted (1)** |
| **giving (3)** | **gotten (1)** | 28:18,19 | **impossible (1)** | 99:14 |
| 35:7 36:4 44:9 | 92:18 | **highest (2)** | 44:13 | **instance (2)** |
| **glad (1)** | **great (1)** | 28:12,15 | **include (1)** | 58:19 70:19 |
| 7:3 | 70:14 | **Hill (1)** | 62:9 | **instances (4)** |
| **Global (12)** | **ground (2)** | 4:14 | **Including (1)** | 72:11 92:14 |
| 10:14,15,17,19 | 6:17 85:22 | **hire (3)** | 63:3 | 93:7,9 |
| 10:22,24 46:3 | **guess (11)** | 25:13 54:2,4 | **indicate (2)** | **institutional (1)** |
| 46:3,6,15,23 | 16:11 19:14,15 | **Hogan (1)** | 48:22 66:2 | 90:10 |
| 68:22 | 35:4,8 43:12 | 32:24 | **indicates (1)** | **instructions (5)** |
| **go (16)** | 47:11 58:9 | **hold (1)** | 79:23 | 83:12,14,15,16 |
| 9:8 37:2 39:19 | 64:7 70:14 | 82:3 | **individual (2)** | 83:20 |
| 43:15 62:1 | 92:9 | **home (2)** | 27:16 50:19 | **insurance (50)** |
| 66:10,24 | **guidance (1)** | 39:3 53:15 | **individuals (2)** | 1:7 4:5 15:21 |
| 69:15,16 | 44:9 | **homeowners ...** | 24:23 25:2 | 16:1,3 18:1 |
| 73:18 74:9 | **guideline (2)** | 67:17 | **industry (11)** | 20:4,24 23:7 |
| 83:20,21,24 | 45:15,18 | **hope (1)** | 9:6 53:9 63:22 | 26:21,22 |
| 84:11 85:24 | ——— | 84:19 | 68:13 69:3 | 27:18,20 28:3 |
| **going (12)** | H | **hoping (1)** | 86:6,8,9 87:2 | 29:2,17,18,18 |
| 4:17 5:12 6:18 | **H (1)** | 35:5 | 87:20 88:4 | 29:20 30:5 |
| 28:17 32:19 | 3:6 | **HUD (1)** | **Industry-wid...** | 31:19,23 |
| 35:1 57:16 | **handle (2)** | 82:10 | 66:8 | 32:16 33:9 |
| 58:13 72:6 | 20:6,19 | **HUD-1 (2)** | **inferred (1)** | 36:17 38:22 |
| 84:13 86:15 | **handled (2)** | 75:21 91:13 | 90:5 | 39:2,8 40:5 |
| 100:4 | 21:8 31:2 | **humor (1)** | **information (...** | 42:12 47:2,3 |
| **good (2)** | **happen (1)** | 57:2 | 14:4 19:19,23 | 49:7,23 51:7 |
| 6:3 32:22 | 51:2 | **hundred (1)** | 35:13 36:5 | 52:6 56:1 |
| **Gordon (45)** | **happened (3)** | 32:18 | 40:21 42:23 | 57:16,17,22 |
| 2:2,2 3:4 4:21 | 51:4 89:24 97:6 | ——— | 52:24 54:10 | 58:3 61:12 |
| 4:21 5:12,15 | **happens (6)** | I | 55:20,23 56:5 | 62:10 65:1 |
| 6:2,7 11:6 | 49:11 51:3,16 | **idea (2)** | 56:8 60:24 | 67:5 78:16 |

| | | | | |
|---|---|---|---|---|
| 84:5 90:6 91:14,18 | 62:10 65:12 76:16,17 77:7 | **K** | 22:19 24:1 26:4,7 31:2 | lines (1) 39:3 |
| insure (2) 15:23 57:8 | issued (17) 9:21 13:13 27:5 | keep (1) 77:21 | language (1) 90:13 | list (4) 70:6 98:11,15 98:18 |
| insured (7) 38:17,19 53:11 53:16 81:19 81:22,24 | 27:13 28:3 33:9 65:14,16 66:13,14,15 72:2 74:14,15 75:18 78:7 | kind (1) 21:16 know (75) 7:9 16:6,9,13 19:7,15,16,19 | late (1) 14:1 Latta (1) 17:12 | litigation (1) 101:16 little (1) 41:24 |
| insurer (1) 53:14 | 98:19 | 19:20 22:7 23:11 25:14 | lawsuit (1) 37:6 | LLC (1) 1:16 |
| insurers (4) 8:13 54:13,14 94:12 | issues (2) 9:1 76:22 issuing (7) | 29:12 31:21 32:1,7,10,20 33:6 35:6,17 | learned (1) 93:11 leave (1) | LLP (1) 2:6 loan (11) |
| insuring (1) 61:4 | 39:16 40:5 49:7 52:5 57:17,22 | 35:20 41:17 43:9,18 44:11 | 10:24 lender (5) | 28:18 29:11 61:14 66:3 |
| interest (1) 16:23 | 67:5 items (2) | 44:18,20 45:22 47:19 | 15:24 27:22 29:3 64:21 | 73:24 74:1 80:2 81:16,21 |
| interested (1) 101:15 | 72:5 73:20 | 48:20 49:2 50:22 51:3 | 83:22 lenders (3) | 81:23 83:18 loans (6) |
| interfere (1) 5:18 | **J** | 54:16,18 55:24 56:3,3 | 28:13 66:21 83:17 | 25:11 31:1,18 31:23 32:4 |
| interference (1) 56:20 | J (2) 2:6,7 | 58:13,22 60:2 60:23 63:13 | lender's (11) 27:18,20 28:2 | 46:20 loan's (1) |
| interpret (2) 6:21 87:6 | jacket (2) 77:20,22 | 65:7,9 68:16 70:8,20 74:22 | 29:1 37:8 64:1 65:17 83:12 | 76:14 located (2) |
| interrupt (1) 44:2 | jackets (1) 77:5 | 74:24 75:2,5 76:7,13 78:8,9 | 83:14,15,20 let's (13) | 10:15 22:21 log (1) |
| interrupting (... 44:4 | Janet (2) 76:23 78:8 | 78:11,13,22 80:24 81:3 | 21:15 23:11 37:2 40:6 | 14:17 Lombard (1) |
| intervening (1) 27:23 | January (1) 33:8 | 82:4 83:19,24 84:3 85:3,11 | 42:11 64:22 74:19 79:11 | 10:16 long (6) |
| Investors (1) 50:10 | Jersey (1) 4:15 | 88:3 94:3,9,14 94:15 97:13 | 79:11 82:7 84:11 87:14 | 10:2,19 16:9 25:14 74:18 |
| involved (9) 8:13,21 9:14 11:21 23:22 47:21,23 60:4 71:23 | job (2) 76:6 77:9 judge (1) 89:23 judgment (1) 52:22 | 99:12 knowledge (2) 15:13 40:18 known (1) 51:24 | 88:9 lien (1) 88:20 liens (2) 27:23 54:11 | 98:13 longer (2) 20:3 36:1 look (9) 15:8 40:11 |
| isolate (1) 93:7 | judgments (1) 54:11 | **L** | likewise (1) 28:2 | 57:13 69:16 77:14 78:20 |
| issuance (1) 29:17 | July (4) 10:5,6,10 46:4 | L (1) 2:11 | limit (3) 36:1,15 41:18 | 79:11,17 98:9 looked (1) |
| issue (12) 15:24 40:9 41:2 41:4 43:4 61:13 62:10 | jump (1) 46:13 June (1) 19:13 | lag (1) 74:18 Land (8) 7:14 10:3 22:18 | limited (3) 86:9,19 88:4 limits (1) 42:5 | 15:5 looking (8) 36:6 41:23 |

| | | | | |
|---|---|---|---|---|
| 52:23 53:5 | 2:7 21:18 | minutes (5) | 43:9 | note (2) |
| 67:14 79:8 | material (1) | 4:18 84:12,14 | names (1) | 5:8 57:1 |
| 91:24 95:8 | 44:17 | 84:17 100:5 | 7:21 | Notice (1) |
| lot (3) | materials (2) | mischaracteri... | National (7) | 12:18 |
| 44:17 50:9 | 44:8,21 | 89:9 | 18:4 32:12,19 | number (24) |
| 67:15 | math (1) | missed (1) | 33:2,7 48:5 | 3:7 4:8 7:21 |
| lots (2) | 83:2 | 71:10 | 55:8 | 12:14 13:12 |
| 45:22 86:23 | mathematical... | misunderstan... | nature (1) | 21:10,11 22:5 |
| | 78:19 79:2,5 | 34:6 | 86:6 | 22:11,12 |
| **M** | matter (5) | money (5) | near (1) | 34:15 39:12 |
| M (2) | 4:3 78:18 79:1 | 27:6 28:22 | 21:20 | 39:13 41:24 |
| 1:13 101:2 | 79:4,7 | 64:23 74:3,8 | necessary (1) | 45:5 50:7 |
| mailed (1) | may@ballard... | money's (1) | 62:9 | 57:10,11 |
| 78:10 | 2:9 | 74:3 | need (20) | 59:24 74:24 |
| majority (1) | MD (1) | month (3) | 6:19 7:2,8 9:1 | 77:15 78:1 |
| 20:11 | 2:3 | 21:17 22:3 31:9 | 24:20 35:20 | 86:5 92:6 |
| making (2) | mean (17) | monthly (1) | 37:14 41:14 | numbers (1) |
| 35:6 82:24 | 14:10,12 15:22 | 55:16 | 41:19 47:11 | 35:13 |
| managed (2) | 28:15 30:15 | months (1) | 55:23 60:18 | |
| 10:12,18 | 33:18 40:8 | 75:1 | 61:18 64:7,20 | **O** |
| management ... | 50:8 58:6,22 | morning (1) | 64:21 66:18 | O (1) |
| 9:11 | 61:10 67:13 | 6:3 | 72:3,7 85:23 | 2:11 |
| manager (5) | 74:21 81:4 | mortgage (32) | needed (5) | object (16) |
| 46:5 86:19 | 86:14 95:8,9 | 12:4 27:6 28:1 | 11:1 13:23 | 11:4 27:8 28:5 |
| 87:15,16,20 | means (1) | 28:4 29:9 | 38:11 73:21 | 33:22 38:24 |
| manual (22) | 15:23 | 38:17,20,21 | 92:16 | 49:18 50:20 |
| 30:2,4,4,8,12 | meant (2) | 38:23 51:6,6 | needs (1) | 59:9,21 68:15 |
| 30:15,17 45:2 | 92:5,13 | 52:22 53:6 | 91:2 | 70:10 72:15 |
| 45:8,10,12 | meet (2) | 60:2 62:20 | neither (1) | 85:4,5 89:12 |
| 87:6 88:24 | 43:6,13 | 63:8,9,14 | 101:14 | 89:17 |
| 89:6,9,24 90:4 | meetings (1) | 64:23 74:3 | never (2) | objection (3) |
| 90:14 91:7 | 47:22 | 79:24 80:6,7 | 39:15 65:14 | 89:8,18 94:16 |
| 92:3,6,11 | mental (1) | 90:10 95:4,5,6 | New (1) | obtain (3) |
| manuals (4) | 92:10 | 95:7,12,16 | 4:14 | 44:8 55:24 56:8 |
| 30:3 45:3,5 | mentioned (5) | 96:8,11 | nine (1) | obviously (3) |
| 78:22 | 18:20 32:11 | mortgages (6) | 75:1 | 8:6 15:18 58:7 |
| March (1) | 47:18 56:15 | 39:2,6,7 54:11 | nods (2) | occur (2) |
| 13:14 | 94:8 | 56:5 67:16 | 6:21 63:23 | 49:16 75:12 |
| Maria (4) | merge (1) | | Northwest (10) | occurrence (1) |
| 1:12 3:3,8 5:21 | 69:22 | **N** | 22:17 23:12 | 33:4 |
| Marie (1) | mindful (1) | N (3) | 24:5,12,14,24 | October (2) |
| 4:2 | 44:4 | 2:1,11 3:1 | 25:5,14 26:7 | 1:11 4:11 |
| marked (5) | mine (1) | name (4) | 31:14 | offer (1) |
| 12:9,13 13:7,11 | 57:2 | 4:12 6:7 62:12 | notary (6) | 55:3 |
| 39:12 | minute (2) | 85:19 | 1:15 8:9,10 | offered (2) |
| market (2) | 87:15 92:20 | named (1) | 21:2 101:3,22 | 43:19 47:7 |

**offhand (1)**
82:4
**office (26)**
9:13 10:18 15:3
17:16 25:20
25:22,24
26:12 32:15
45:3,6 46:5
59:11 67:23
71:1 75:15
76:3,5,17,21
76:23 87:15
87:16,17,20
87:24
**officer (3)**
7:19,20 86:19
**offices (8)**
1:16 4:9,13
15:5 22:22
24:10 26:11
26:15
**off-the-shelf (1)**
68:11
**Oh (9)**
14:22 19:13
22:7 30:18
49:21 50:21
57:14 59:16
69:2
**okay (113)**
5:14 7:7,11,12
7:22 8:2,12,16
9:4,4 12:12
13:10 14:9,14
14:19 15:19
17:6,23 18:15
20:17 22:13
23:10,24 25:4
25:10 26:2
27:12 28:24
30:21 32:22
34:3,8 36:19
37:1,4,7 38:18
40:15 41:6,11
41:22 46:1,16
47:14 48:15

49:5 50:11
51:19,20,22
52:19 53:1,21
54:17 56:3
57:14 58:9,21
59:1 61:2,21
62:7 64:18
65:3,11 66:20
67:8 68:5
69:23 70:18
71:22 73:24
75:7,16 76:9
77:10,13,24
78:24 79:10
79:13,17
80:14,20,22
81:5 82:11,13
82:18 85:14
86:13 87:9
88:2,8 89:1,4
89:16,17 90:3
90:8,12,23
91:3,9 93:1
95:22 97:4,16
97:20 99:8,10
99:24 100:2
**Old (3)**
18:4 32:12 48:2
**older (1)**
37:2
**once (4)**
27:13 28:9,10
86:7
**ones (2)**
18:3 53:16
**ongoing (1)**
51:5
**on-the-job (5)**
88:5 92:19 93:3
93:6,10
**open (2)**
16:10 25:21
**opened (1)**
16:7
**operating (1)**
26:18

**opinion (5)**
88:13,15,16,22
90:20
**oral (2)**
6:18,19
**order (16)**
24:21 35:19
37:14 38:11
41:2 46:13
49:23 52:6
53:20 55:12
55:12,12
66:18 72:7
83:17 90:21
**ordered (1)**
51:17
**ordinary (2)**
41:8 98:1
**original (1)**
39:20
**outcome (1)**
101:16
**outside (1)**
54:2
**outstanding (1)**
62:20
**overall (1)**
31:1
**overlook (1)**
8:6
**oversaw (1)**
9:13
**owed (1)**
81:16
**owned (5)**
22:24 23:6,12
27:2 36:16
**owner (5)**
16:17 19:24
26:23 29:5
36:16
**owners (7)**
15:23,24 23:15
23:22 28:13
56:10,12
**ownership (2)**

16:23 35:24
**owner's (8)**
26:20,22 27:21
64:5 65:1,13
65:15 91:23
**owns (1)**
27:16
**o'clock (5)**
1:17 4:18 84:14
84:17 100:5

————— P —————

**P (4)**
2:1,1,11 3:8
**PA (1)**
2:8
**package (1)**
71:5
**page (15)**
3:2,7 26:19
42:2 57:13
62:3 63:6
65:19 67:14
77:16 79:18
79:21 80:5
94:24 95:2
**pages (2)**
62:3 98:12
**paid (4)**
28:8,10,11,12
**paradigms (1)**
70:9
**Paragraph (1)**
42:3
**part (12)**
5:15 6:21 19:1
20:18 29:9
59:18,20,22
70:13 71:16
92:10 93:11
**particular (6)**
47:19 57:17
93:7 96:6,16
97:1
**parties (3)**
66:18 72:3,5

**partner (1)**
23:21
**party (1)**
101:14
**part-time (1)**
17:18
**pass (1)**
48:14
**pay (2)**
55:17,18
**payment (2)**
61:12 91:13
**Pearl (2)**
1:3 4:3
**Pennsylvania...**
1:1,10 2:3 4:7
4:10,14 29:19
49:8 84:3
**people (5)**
17:2,15 24:19
39:2 52:23
**percent (14)**
20:15 32:18
35:17 36:23
37:10,12 79:3
81:10,10,13
82:16,17,19
82:22
**percentage (5)**
20:9,11 32:16
34:15,19
**percentages (1)**
35:12
**perform (2)**
8:7 52:14
**performed (1)**
53:11
**period (3)**
37:19 70:4
74:21
**Periodically (1)**
20:8
**permitted (1)**
85:21
**person (3)**
26:14 53:11

MARIA ROZNIAKOWSKI

111

75:14
**personal (1)**
40:18
**personally (4)**
21:8 22:2 42:20
   42:21
**persons (2)**
23:22 27:2
**Philadelphia ...**
1:10 2:8 4:10
   4:14 10:16
   74:22
**picked (1)**
78:10
**pinpoint (1)**
93:20
**place (5)**
45:6 63:4 64:10
   80:3 101:12
**Plaintiff (3)**
1:5 2:5 4:3
**Plaintiffs (3)**
4:22 6:8 15:7
**plant (5)**
54:8,9,22 55:21
   56:2
**plants (3)**
54:6,14 55:2
**play (1)**
60:7
**please (11)**
4:19 5:2,20 7:9
   12:17 56:23
   65:19 77:14
   77:15 86:1
   98:9
**plus (1)**
81:10
**point (17)**
7:8 8:17 14:3
   46:8 57:4,20
   58:1,12 59:2,5
   61:11,15 67:4
   74:13 76:16
   94:4 95:13
**policies (17)**

15:24 31:23
   32:16 33:9
   34:16 35:21
   41:4 42:6,11
   43:4 44:10
   76:24 77:3
   78:7,7,9 98:19
**policy (41)**
9:21 26:21,22
   26:23 27:4,19
   27:20,21 28:3
   28:17,18 29:2
   34:12 37:8,16
   41:2 56:1 58:7
   64:2,5 65:5,13
   65:15,17
   74:12,14,15
   75:17 76:16
   76:18,22 77:5
   77:7,18,20,22
   78:3 91:2,11
   91:22 92:15
**portion (1)**
75:9
**position (5)**
7:13,18 10:10
   28:1 77:1
**positions (5)**
9:9,11 86:10,10
   88:5
**possession (2)**
15:14 35:14
**possible (1)**
61:4
**possibly (2)**
52:17 91:8
**practice (1)**
97:6
**practices (1)**
30:6
**premium (2)**
67:7 75:10
**premiums (3)**
28:8,10 98:16
**preparation (1)**
11:15

**prepare (5)**
24:19 51:18
   66:18 68:3
   71:20
**prepared (1)**
74:12
**preparing (2)**
11:7 64:16
**preset (1)**
70:14
**pretty (2)**
18:6 44:13
**previously (1)**
18:13
**pre-pack (1)**
68:21
**pre-packaged...**
68:20
**price (3)**
28:19 84:5,9
**primary (1)**
13:17
**principal (1)**
81:16
**principals (1)**
16:20
**print (1)**
70:6
**printed (1)**
99:6
**prior (25)**
11:11 14:1
   24:21 27:3
   37:15 42:6
   52:15 53:6,6
   53:23 56:1,5
   56:12 61:11
   88:20 90:6,9
   91:7,12,13,18
   92:3,11 93:12
   101:4
**priority (1)**
27:24
**privy (1)**
40:16
**probably (6)**

12:4 21:15,17
   21:24 22:4
   43:20
**problematic (1)**
96:22
**proceed (1)**
5:24
**process (14)**
9:15,17,24
   49:12,13
   51:10 58:1,11
   60:5 71:10,23
   75:13 92:10
   97:18
**processor (1)**
24:18
**processors (2)**
67:21,23
**produce (1)**
70:22
**produced (8)**
15:6,10 90:17
   90:20 91:2,17
   91:22 92:16
**Professional (1)**
1:15
**program (3)**
68:6,9,20
**programs (2)**
68:12 69:3
**pronouncing ...**
84:20
**proper (1)**
78:16
**properties (1)**
20:7
**property (14)**
24:3 26:24 27:2
   27:16 28:23
   36:15,16
   50:14,15 56:9
   56:13 62:17
   62:21 63:1
**protocol (1)**
49:7
**provide (1)**

21:2
**provided (1)**
88:10
**public (5)**
1:15 8:9,10
   101:3,22
**pull (1)**
14:5
**purchase (7)**
26:23 27:6
   28:19 62:24
   64:22,24 74:3
**purchased (5)**
50:14 53:15
   56:9 64:2,6
**purchasing (1)**
28:22
**purpose (1)**
68:7
**purposes (4)**
8:3 36:24 37:6
   89:15
**put (6)**
43:15 67:15
   69:21 70:5,8
   99:11
**putting (1)**
21:13

---

**Q**

**qualified (3)**
80:8,9 81:6
**qualifies (1)**
36:11
**qualify (1)**
84:6
**question (20)**
7:5 8:24 19:1
   19:15 31:4
   34:6 40:8
   43:12 47:16
   49:20 58:10
   61:19 66:11
   72:23 90:18
   93:19,22
   95:20,24 98:7

**questions (14)**
6:18 7:2 8:8,15
35:3,7 51:21
85:15,21 86:1
86:5 94:13
97:18 98:2
**quick (1)**
15:8
**QUINN (1)**
2:2
**quite (2)**
14:7 99:15

**R**

**R (3)**
2:1,11 101:1
**ran (4)**
87:17 98:20,24
99:9
**range (1)**
71:7
**Rarely (1)**
50:24
**rate (55)**
29:13,20 33:10
33:11,13,13
34:4,5,11,12
34:17,17 36:2
36:7,12,14,18
37:2,8,10,11
38:14,15
72:20 73:5,9
78:16,22,23
79:15 80:8,10
80:11,18,23
81:3,3,7 82:4
82:6,8,14 83:1
83:3,9 85:1
88:11,17 89:3
89:24 90:4,21
91:5 92:15
93:13
**rates (11)**
29:16,16 33:24
33:24 36:22
38:4 42:19

43:1 44:10
45:21 85:8
**rate's (1)**
80:17
**Ray (2)**
43:10,13
**read (5)**
44:17 92:3,6,11
93:18
**ready (1)**
73:19
**real (8)**
23:7,8,13 49:24
50:9 51:5 60:1
66:21
**really (5)**
22:10 32:6 53:3
65:10 78:18
**Realtors (1)**
23:16
**reason (3)**
32:22 91:5 96:6
**reasonable (1)**
7:10
**recall (17)**
11:19 32:2 43:8
43:14 45:1,17
45:23 90:13
92:9,11 93:9
96:20,24
97:12,17,22
98:1
**recalling (1)**
96:23
**receive (9)**
43:3 46:12,19
67:6 74:16
79:15 83:9,17
85:1
**received (6)**
44:21 46:21,22
64:9 75:6 83:4
**receiving (2)**
44:23 45:1
**receptionist (3)**
17:18 25:24

77:2
**receptionists ...**
15:4
**recollecting (1)**
44:12
**recollection (6)**
12:3 42:9 43:22
44:22 96:3
97:7
**record (15)**
4:17,20 5:8
35:1 39:16
56:21 57:1
84:11,14,15
84:16 85:19
89:15 91:24
100:4
**recorded (2)**
74:16 76:14
**recording (5)**
38:16 54:10
74:10,11,17
**records (7)**
3:9 13:2,20
14:2,21 48:17
48:21
**record's (1)**
34:10
**refer (3)**
51:7 80:23 81:2
**referencing (1)**
95:4
**referral (4)**
9:20 49:14
51:15 58:12
**referrals (2)**
49:21 50:2
**referring (1)**
95:1
**refinance (18)**
33:10 34:12,17
36:21 38:14
50:14 53:6,12
53:17 73:9
74:4 80:17,23
81:3,7 82:14

83:1 93:13
**refinancing (1)**
95:19
**refrain (1)**
56:23
**register (3)**
98:11,12,14
**Registered (1)**
1:14
**rehab (1)**
28:20
**relate (1)**
15:15
**related (1)**
23:9
**relating (1)**
86:5
**relationship (7)**
13:3 15:15 19:4
19:16 33:6,7
51:5
**remains (2)**
27:10,15
**remember (7)**
9:3 12:4,8
44:13,19
93:16 96:7
**remembered ...**
96:8
**remittance (1)**
78:12
**REO (2)**
17:18,20
**rep (1)**
32:21
**repeat (4)**
50:16 57:23
72:22,23
**rephrase (4)**
7:2,4 86:2
90:18
**report (5)**
21:12 71:7 72:6
73:19 99:3
**reporter (7)**
1:15 4:15 5:2

5:19 6:19
101:3,21
**reporting (3)**
4:13,16 70:12
**reports (4)**
69:24 70:12
71:2,4
**represent (1)**
6:8
**representatio...**
15:10
**representativ...**
32:23 43:7
**represented (4)**
5:11 6:13 60:1
66:23
**Republic (3)**
18:4 32:12 48:3
**requested (1)**
12:20
**requesting (1)**
36:5
**requests (2)**
14:24 39:19
**require (1)**
76:10
**required (2)**
29:9 30:7
**requirement (...**
29:10 84:4
**residential (3)**
20:7,10,12
**respect (1)**
13:3
**responding (1)**
13:17
**response (1)**
6:23
**responses (1)**
6:19
**responsibiliti...**
17:3 20:19
78:14
**responsibility...**
7:24
**responsive (1)**

| | | | | |
|---|---|---|---|---|
| 14:23 | 16:14 | 69:6 | 64:11 75:21,24 | shoulder (1) |
| restate (2) | role (3) | Sean (3) | 76:2,4,6 78:6 | 40:11 |
| 7:2,4 | 60:7 87:15,20 | 1:13 4:16 101:2 | 78:6 | show (6) |
| result (1) | rough (1) | search (23) | sends (1) | 12:13 13:11 |
| 14:16 | 99:20 | 52:1,4,7,10,12 | 76:8 | 38:21 39:11 |
| review (2) | routine (1) | 52:13,14,16 | sense (1) | 91:22 92:16 |
| 11:11 86:7 | 97:22 | 52:20,21 53:2 | 57:2 | showing (1) |
| revised (2) | routinely (1) | 53:3,5,10,13 | sent (11) | 91:13 |
| 53:13,13 | 50:10 | 53:19 54:2 | 32:3,5 66:16,17 | sic (1) |
| revision (3) | Rozniakowsk... | 55:13,17,18 | 72:2 74:12 | 22:10 |
| 53:20 89:21,22 | 1:13 3:3,8 4:2 | 56:2,16 70:5 | 75:5 78:3,8 | sign (3) |
| re-fi (1) | 5:10,21 6:3 | searcher (1) | 83:23 98:16 | 26:4,6,9 |
| 36:20 | 84:19 85:18 | 55:19 | separate (5) | signature (1) |
| re-issue (23) | 86:4 | searches (2) | 24:13 25:2,22 | 65:23 |
| 33:11,13,24 | rules (2) | 52:23 55:21 | 25:23 26:9 | signed (1) |
| 34:4,11,17 | 6:17 85:22 | Searles (5) | series (1) | 39:20 |
| 36:2,7,11,13 | run (7) | 1:16 4:9 14:11 | 6:18 | similarly (2) |
| 36:18 37:10 | 11:3 21:12 | 14:12 49:3 | services (3) | 1:4 4:4 |
| 38:14 72:20 | 26:17 49:6 | second (4) | 21:2,5 55:3 | simple (4) |
| 73:5 80:8 | 70:11 71:2 | 15:8 66:11 82:3 | set (5) | 6:17 78:19 79:2 |
| 88:10,17 89:3 | 99:3 | 86:20 | 25:20 29:18 | 79:5 |
| 90:21 91:5 | ─── S ─── | see (16) | 73:11,14 | single (3) |
| 92:15 93:12 | S (5) | 14:21 21:15 | 101:12 | 14:5 36:6 70:20 |
| rgordon@qui... | 2:1,2,11,11 3:6 | 36:6 39:20 | sets (2) | situated (2) |
| 2:4 | sale (1) | 42:1,2 63:7 | 30:5,5 | 1:4 4:5 |
| Richard (4) | 62:24 | 67:13 70:3 | settlement (20) | slowed (1) |
| 2:2 4:21 5:7 6:7 | Saleem (3) | 74:19 77:24 | 7:15,16,19,20 | 21:18 |
| right (36) | 96:12,19,24 | 78:21 79:20 | 7:20 9:9 10:8 | smoothly (1) |
| 8:10 12:16 | satisfactory (1) | 80:5 88:19 | 12:8 17:13 | 87:18 |
| 14:13 17:5 | 91:12 | 98:10 | 21:4 22:6 | Snyder (4) |
| 21:21 22:14 | saw (1) | seeing (1) | 24:22 25:7 | 2:7 5:3,3,6 |
| 29:10 30:3 | 19:12 | 45:17 | 46:9,11,14 | snyder@ball... |
| 31:5 32:14,18 | saying (3) | seen (4) | 52:15 65:22 | 2:9 |
| 35:16,19 38:1 | 23:20 95:14 | 39:14,15 44:14 | 67:7 78:15 | software (6) |
| 39:1,9,9 40:12 | 97:7 | 45:11 | settlements (2) | 69:3 71:5 94:6 |
| 42:4 47:1 53:4 | says (3) | self-evident (1) | 8:7 22:8 | 94:9,10,11 |
| 53:24 55:15 | 26:4,6 42:3 | 43:13 | shebang (1) | Soft-Pro (1) |
| 60:14 61:15 | schedule (3) | self-refer (2) | 52:8 | 69:1 |
| 67:18 78:21 | 12:19 13:15 | 50:6,8 | sheet (2) | Somewhat (1) |
| 80:4 81:14,21 | 63:7 | sell (2) | 5:9 82:10 | 65:6 |
| 88:18 90:11 | scheduled (1) | 16:3 50:9 | shelf (1) | sorry (11) |
| 93:14,16,17 | 73:16 | sellers (2) | 68:17 | 13:14 22:7 |
| 93:21 | scope (2) | 66:21,23 | Short (1) | 30:23 31:18 |
| risk (3) | 40:4,8 | seminars (1) | 52:20 | 46:24 57:10 |
| 41:10,12 42:6 | screens (1) | 43:15 | Shorthand (2) | 57:23 61:20 |
| Robert (1) | | send (8) | 101:3,21 | 72:23 80:16 |

98:22
sort (3)
21:13 34:22
92:12
sounds (1)
43:11
sources (1)
49:22
space (2)
25:21 26:12
SPAHR (1)
2:6
speak (1)
72:5
specialist (2)
17:18,20
specializes (1)
17:21
specific (9)
12:2 43:21
44:12 53:8
69:5,7 72:5
93:9 94:4
specifically (4)
12:8 48:23
59:14 93:18
speculate (1)
35:4
spell (1)
96:13
spoke (4)
14:2,15 59:12
71:1
spot (1)
21:14
stage (2)
58:11,15
standard (5)
63:19 66:5
67:15 68:12
86:6
start (1)
82:7
started (8)
10:5 31:2,17
33:7 46:18,20

46:23 99:16
starting (1)
79:18
state (1)
4:19
stated (5)
49:9 85:18
88:13 95:19
96:1
statement (4)
44:1 65:22 67:7
91:13
states (2)
1:1 90:4
stating (1)
89:15
stenographic...
101:11
step (4)
49:13 51:10
71:10 92:19
Steve (1)
5:3
STEVEN (1)
2:7
Stewart (3)
18:5 32:13 48:5
stock (1)
77:6
store (1)
68:18
stored (1)
69:12
street (4)
1:17 2:7 4:10
50:19
study (2)
92:22,23
submit (1)
75:14
submits (1)
75:15
subpoena (6)
3:8,9 12:15
13:13,17 14:8
subpoenaed (1)

11:8
subscription (...
55:16
subsequent (2)
52:14,14
substitution (...
33:13,24 34:4
37:7 80:10,11
80:17 81:2
82:6,14
Suite (2)
1:17 2:3
supposed (1)
88:17
sure (25)
5:8 15:1,9 18:8
19:2,10 22:4
26:18 32:6
34:10 40:11
49:1,12 57:24
59:11 71:11
72:24 73:19
80:20,24 86:1
86:2 87:17
93:17 99:15
swear (2)
5:2,20
sworn (2)
5:22 101:6
system (5)
68:23,24 99:2
99:14,16
S-a-l-e-e-m (1)
96:14

─────────
T
─────────
T (4)
2:11 3:6 101:1
101:1
take (11)
7:8 15:8 24:19
68:1 77:6,14
79:11 82:21
92:21,24 98:9
taken (6)
1:13 4:2 6:11

14:6 57:4
101:10
talk (8)
8:7 11:14,17
14:20 15:2
42:18 87:14
88:9
talking (7)
37:19,21 38:3
39:6 42:24
80:21,24
taught (1)
88:5
tell (15)
19:7 23:15,20
26:20 35:17
55:5 77:17
78:22 79:14
84:24 86:2
89:11 93:17
95:5,15
ten (2)
31:9 36:17
tenure (1)
18:21
ten-year (2)
36:1,15
term (8)
29:13,23 52:10
53:2,4,8 54:5
83:11
terminated (1)
19:17
terms (5)
13:24 70:5
80:21 87:1,19
testified (3)
5:22 95:19
96:10
testify (1)
101:6
testimony (7)
1:12 6:20 46:5
47:6 49:9
75:20 101:10
thank (6)

5:5 6:6 30:10
44:6 84:22
99:24
theirs (1)
24:8
thing (2)
89:12 92:22
things (4)
35:4 44:12 86:6
90:5
think (14)
5:7 11:5 19:11
34:7,9 44:3
46:4 49:9 71:9
75:20 80:16
85:23 89:21
94:7
thought (2)
12:18 30:18
thousands (1)
21:10
three (8)
17:16 18:19
32:11,17 37:9
48:10 74:5,23
three-year (1)
80:12
thumbing (1)
95:20
tier (1)
84:5
ties (1)
71:6
time (31)
7:10 9:19,20
10:8 14:7,7
18:13 21:8,23
25:17 27:16
31:11,16 32:8
33:1 37:19
47:20 51:10
58:20 61:13
70:5 72:12,17
73:2 74:18,21
75:8 80:13
98:24 99:2

| | | | | |
|---|---|---|---|---|
| 101:11 | 68:12,22 69:3 | 64:23 73:13 | **typical (3)** | 31:18,18,22 |
| **times (2)** | 69:6,10,13,24 | **transactions (2)** | 18:6,8 77:21 | 45:7,9,11 58:5 |
| 55:9 92:7 | 70:13,15,23 | 70:4 99:18 | ——— U ——— | 58:6 |
| **TIRBOP (12)** | 71:6,12,13,15 | **transcript (2)** | **Um-hum (21)** | **underwritten...** |
| 29:24 30:2,4,8 | 71:16 72:1,6 | 1:12 101:10 | 22:20 30:9 | 32:16 |
| 30:12,15,17 | 72:18 73:3 | **Transfer (8)** | 33:17 36:3 | **underwrote (3)** |
| 45:2 87:6 | 74:12,13,15 | 7:14 10:3 22:18 | 46:7,10 49:15 | 58:19 70:21,21 |
| 90:14 91:6 | 75:9 76:1 77:4 | 22:19 24:1 | 50:17 51:11 | **UNITED (1)** |
| 92:3 | 78:4,7,16 | 26:5,7 31:2 | 52:2 53:18 | 1:1 |
| **title (167)** | 83:20,21 84:5 | **transmit (1)** | 62:4,13,15 | **unlawful (1)** |
| 1:7 4:5,24 5:4 | 84:24 85:8,20 | 75:9 | 63:2 73:15 | 84:8 |
| 6:9 8:13,14,19 | 86:8,9 87:2,11 | **transmitted (2)** | 75:3 79:16,22 | **unlimited (1)** |
| 8:22 9:1,6,15 | 87:19 88:4 | 69:10 76:15 | 82:23 88:12 | 42:15 |
| 9:24 10:12 | 92:22 94:6,7 | **tried (2)** | **un (1)** | **unrepresente...** |
| 11:3 13:4 | 94:11,23 | 13:22 71:2 | 5:10 | 35:2 |
| 15:16,21,24 | 98:15,19,23 | **true (7)** | **unable (2)** | **update (1)** |
| 16:3 18:1 | 99:14,16 | 51:14 61:24 | 39:21 70:22 | 53:20 |
| 19:17,17 20:3 | **Title's (1)** | 63:10,12 | **understand (...** | **updated (1)** |
| 20:4,23 23:6 | 54:22 | 69:11 83:10 | 7:1,5 8:18 | 53:13 |
| 26:21,22 27:2 | **today (15)** | 101:9 | 33:18 35:10 | **uploaded (1)** |
| 27:18,20 28:3 | 6:5,13,17 11:8 | **trust (1)** | 39:22 40:7 | 94:11 |
| 29:1,20 30:6 | 11:9,12 12:15 | 83:2 | 47:5 49:12 | **use (2)** |
| 31:19,24 32:4 | 12:21 15:13 | **truth (2)** | 74:2 86:1,3 | 56:23 68:24 |
| 39:17 40:1,4,5 | 16:18 26:19 | 101:6,7 | 93:5 97:9 | **uses (1)** |
| 40:6,10,11,13 | 32:15 33:10 | **try (2)** | **understandin...** | 30:5 |
| 40:22 41:2,4 | 36:24 69:17 | 7:9 61:3 | 7:5 13:16 20:2 | **U.S (1)** |
| 42:13,18,24 | **today's (1)** | **trying (1)** | 36:10 40:3 | 4:6 |
| 43:4,7,16 44:9 | 5:11 | 47:12 | 49:8,13 90:16 | ——— V ——— |
| 45:8,12,15,18 | **told (1)** | **turn (8)** | 91:1,6,16,19 | **v (1)** |
| 45:21 47:2,3,8 | 93:18 | 12:17 41:24 | **Understood (2)** | 1:6 |
| 48:6,19 49:7 | **total (1)** | 62:3 63:6 | 6:24 86:17 | **vague (1)** |
| 51:7,12,18,23 | 34:15 | 65:19 67:16 | **underwrite (2)** | 96:2 |
| 51:24 52:1,4,5 | **Towson (1)** | 77:15 94:23 | 34:13 42:12 | **Vaguely (1)** |
| 52:7 53:23 | 2:3 | **two (13)** | **underwriter (7)** | 11:20 |
| 54:2,6,8,13,14 | **trained (1)** | 17:17 18:9 22:8 | 18:13,16 32:8 | **various (2)** |
| 54:18,22 55:1 | 46:17 | 24:14,15,23 | 41:21 58:3,5 | 69:19 72:3 |
| 55:12,21 56:1 | **training (17)** | 30:3 48:13 | 61:11 | **verbalize (1)** |
| 56:2,16,16 | 43:3 46:12,19 | 74:22 84:12 | **underwriters ...** | 6:22 |
| 57:6,7,9,16 | 46:21,22 47:7 | 86:10,10 88:5 | 8:14 18:1,20 | **verify (1)** |
| 58:14,17,18 | 47:10,10,13 | **type (5)** | 31:20 32:12 | 60:24 |
| 59:3,7,19,23 | 47:15 87:2 | 52:4,6,21 64:1 | 44:15 55:1 | **versus (2)** |
| 60:10,16,19 | 88:5 92:19 | 64:5 | 76:7 91:21 | 4:5 6:9 |
| 61:6,7,9 62:8 | 93:2,3,6,11 | **typed (1)** | **underwrites (2)** | **video (2)** |
| 62:10 63:16 | **transaction (7)** | 67:21 | 18:7 20:3 | 84:16 100:4 |
| 65:1 66:24 | 11:22 37:20 | **types (2)** | **underwriting...** | **videographer...** |
| 67:4,13 68:10 | 40:23 57:8,18 | 9:8 70:9 | | |

| | | | | |
|---|---|---|---|---|
| 2:12 4:1,15<br>5:1,5,19,24<br>56:19 84:13<br>100:3<br>**videotaped (1)**<br>4:2<br>**virtually (1)**<br>42:15<br>― **W** ―<br>**wait (4)**<br>58:15 72:4 74:5<br>74:10<br>**waiting (2)**<br>72:8,9<br>**walk (1)**<br>26:3<br>**Walnut (2)**<br>1:16 4:9<br>**want (19)**<br>5:17 21:10,11<br>34:9 44:18<br>47:17 49:12<br>51:21 57:12<br>64:2,6,24<br>71:10 80:20<br>80:24 82:13<br>86:7 95:20,23<br>**wanted (3)**<br>69:15 70:3,20<br>**warranted (1)**<br>33:14<br>**warrants (1)**<br>33:23<br>**wasn't (2)**<br>32:9 77:9<br>**watching (1)**<br>40:22<br>**way (7)**<br>27:21 36:4<br>40:12 49:11<br>71:9 86:15<br>91:10<br>**Wednesday (1)**<br>1:11<br>**weeks (2)** | 74:23,23<br>**welcome (1)**<br>100:2<br>**went (2)**<br>46:3 61:5<br>**weren't (1)**<br>73:20<br>**West (1)**<br>2:3<br>**we're (2)**<br>89:2,2<br>**whatsoever (2)**<br>13:2 47:15<br>**whichever (2)**<br>28:13 33:23<br>**Wissahickon ...**<br>23:16,19,21<br>**witness (22)**<br>3:2 5:2,10,20<br>11:5 28:6<br>33:23 34:22<br>35:1,5 37:22<br>39:1 44:1<br>50:21 59:10<br>59:22 63:23<br>68:16 70:11<br>94:17 100:2<br>101:5<br>**witnesses (1)**<br>101:5<br>**WOLF (1)**<br>2:2<br>**woman (1)**<br>43:9<br>**word (1)**<br>67:23<br>**words (2)**<br>92:5,13<br>**work (12)**<br>7:4 24:10,23,24<br>25:5 47:6<br>49:14 54:15<br>54:21 55:10<br>71:8 94:12<br>**worked (2)**<br>18:12 73:3 | **works (2)**<br>27:21 55:11<br>**wouldn't (9)**<br>9:3 30:12 32:5<br>33:19 36:2<br>47:21 64:14<br>83:21 99:12<br>**write (4)**<br>34:16 35:21<br>42:6 60:10<br>**writing (5)**<br>58:16 59:18,23<br>60:16,19<br>**written (3)**<br>42:7 44:8 99:1<br>**wrong (1)**<br>12:19<br>― **X** ―<br>**X (2)**<br>3:1,6<br>**XI00840 (1)**<br>101:22<br>― **Y** ―<br>**Yeah (1)**<br>80:19<br>**year (5)**<br>13:14,14 16:6<br>74:21,21<br>**Yearly (1)**<br>48:13<br>**years (10)**<br>9:5 10:5,20<br>21:17 36:17<br>37:9 48:13<br>75:1 92:7 93:6<br>**yesterday (1)**<br>39:24<br>― **$** ―<br>**$169.87 (1)**<br>82:24<br>**$436.88 (2)**<br>83:1,4<br>**$500,000 (2)**<br>42:7,12 | **$546.08 (1)**<br>82:21<br>**$57,600 (1)**<br>82:5<br>**$60.67 (1)**<br>82:20<br>― **0** ―<br>**01 (5)**<br>10:5,6,11 21:24<br>38:6<br>**02 (2)**<br>21:24 38:8<br>**03 (2)**<br>19:12 21:24<br>**04 (1)**<br>22:1<br>**0537 (1)**<br>42:1<br>**06 (1)**<br>99:1<br>**06-0873 (2)**<br>1:2 4:8<br>― **1** ―<br>**10 (4)**<br>79:3 81:10<br>82:16,19<br>**10:00 (1)**<br>4:18<br>**10:13 (1)**<br>1:17<br>**102 (1)**<br>2:3<br>**11th (4)**<br>99:1,4,6,9<br>**11:00 (3)**<br>84:14,17 100:5<br>**11:44 (1)**<br>100:6<br>**1100 (1)**<br>1:17<br>**12 (1)**<br>3:8<br>**13 (2)**<br>3:9 4:18 | **1420 (1)**<br>10:16<br>**1735 (1)**<br>2:7<br>**18 (3)**<br>1:11 4:11 10:20<br>**1845 (1)**<br>1:16<br>**19 (5)**<br>15:7 57:11<br>65:20 77:15<br>98:10<br>**19103-7599 (1)**<br>2:8<br>**1985 (1)**<br>16:12<br>**1997 (1)**<br>80:14<br>**1999 (3)**<br>14:2 80:6,16<br>― **2** ―<br>**20 (6)**<br>12:14 36:23<br>37:10 81:10<br>82:17,22<br>**2000 (5)**<br>14:1,1 21:22<br>31:10 98:18<br>**2001 (4)**<br>21:22 31:10<br>33:1 46:4<br>**2002 (3)**<br>33:1 80:3,16<br>**2003 (2)**<br>19:9 98:18<br>**2005 (9)**<br>89:6,10 90:1,14<br>90:19 91:7<br>92:4,11 93:12<br>**2006 (3)**<br>1:11 4:11 99:5<br>**21 (1)**<br>13:12<br>**21204 (1)**<br>2:3 |

| | |
|---|---|
| **215 (1)** | **58 (1)** |
| 2:8 | 65:19 |
| **22 (1)** | |
| 9:7 | **6** |
| **27 (1)** | **6,98 (1)** |
| 84:14 | 3:4 |
| **28 (3)** | **60-year (2)** |
| 37:12 81:12 | 52:7,20 |
| 84:17 | **606 (1)** |
| | 82:9 |
| **3** | **606.75 (2)** |
| **3 (2)** | 82:11,20 |
| 39:13 57:10 | |
| **30th (1)** | **7** |
| 19:13 | **7 (1)** |
| | 42:3 |
| **4** | **75 (1)** |
| **4-29-08 (1)** | 82:12 |
| 101:23 | |
| **40 (6)** | **8** |
| 21:17 22:4 | **80s (1)** |
| 31:11,12 | 46:18 |
| 98:12,12 | **825-2300 (1)** |
| **402 (1)** | 2:4 |
| 2:3 | **85 (1)** |
| **410 (1)** | 3:5 |
| 2:4 | **864-8103 (1)** |
| **43 (3)** | 2:8 |
| 57:13,14 79:18 | **88.3 (1)** |
| **44 (1)** | 35:17 |
| 100:5 | |
| **45 (2)** | **9** |
| 62:3 67:16 | **95 (1)** |
| **46 (5)** | 20:15 |
| 63:6 67:14 | **99 (1)** |
| 79:21 80:6 | 80:15 |
| 94:24 | |
| **5** | |
| **51st (1)** | |
| 2:7 | |
| **52 (1)** | |
| 77:16 | |
| **57,6 (1)** | |
| 82:1 | |
| **57,600 (1)** | |
| 82:1 | |