IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEARL E. COHEN, | : | CIVIL ACTION |
| *ON BEHALF OF HERSELF AND ALL* | : | |
| *OTHERS SIMILARILY SITUATED* | : | No. 06-873 |
| | : | |
| v. | : | |
| | : | |
| CHICAGO TITLE INSURANCE COMPANY | : | |

## ORDER

AND NOW, this 7th day of March, 2013, it is ORDERED Defendant Chicago Title

Insurance Company's Renewed Motion to Decertify the Class (Document 152) is GRANTED.

The class previously certified in this Court's Order docketed April 9, 2007 (Document 38) is

DECERTIFIED.

It is further ORDERED Plaintiff Pearl E. Cohen's Motion for Partial Summary Judgment

(Document 151) is DENIED.

BY THE COURT:


___ /s/ Juan R. Sánchez_____
Juan R. Sánchez, J.